UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN HARTMAN,

Plaintiff,

v. Civil No. 02-358

BAYER AG, BAYER CORPORATION,
BAYER PHARMACEUTICAL DIVISION,
GLAXO SMITHKLINE PLC, SMITHKLINE
BEECHAM CORPORATION,

Defendants.

ORDER OF DIRECTION TO THE CLERK OF COURT FOR
REASSIGNMENT OF MULTI-DISTRICT LITIGATION PROCEEDING

Case No. 02-358 having been assigned to Judge Montgomery on the Master List deck by use of a card has now been determined to be related to other Multi-District cases in the District of Minnesota assigned to Judge Davis.

**IT IS HEREBY ORDERED** that case no. 02-358 be directly assigned to Judge Michael J. Davis on the MDL - Subsequent Case Filings deck and the Clerk of Court is further directed to void and reuse a card on the Master List deck.

Dated: February 13th, 2002

ANN D. MONTGOMERY
United States District Court

Dated: February 19th, 2002

JUDGE MICHAEL J. DAVIS
United States District Court

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________