# Exhibit A

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LITIGATION | : | MDL NO. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: | : | |
| JOHN HARTMAN V. BAYER A.G., ET AL. | : | CASE NO. 02-cv-00358-MJD |

DEPOSITION OF ALLAN E. McCAMY, M.D.

JULY 7, 2006

9:05 A.M.

COPY

REPORTED BY: HART ERICKSON
ERICKSON COURT REPORTING
2902 KEATING CIRCLE
BURNSVILLE, MINNESOTA 55337
PHONE: 952.890.0265 * FAX: 952.426.2265

ALLAN E. McCAMY, M.D.,

a witness in the above-entitled matter, after having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. WRIGHT:

Q. Could we have your full name for the record, please?

A. Allan Edward McCamy.

Q. And you are an M.D., correct?

A. Correct.

Q. Okay. Dr. McCamy, I'm Elizabeth Wright. We just met. I am an attorney from Dorsey & Whitney, and we represent Bayer in the Baycol litigation.

Do you understand that you're here to give a deposition today in connection with a lawsuit that one of your patients brought against Bayer in connection with Baycol?

A. Yes, I do.

Q. There are a number of other lawyers in this room, and do any of them represent you today?

A. No.

Q. Have you ever been deposed before?

A. Yes.

Q. How many times have you been deposed?

document you completed, I just want to talk to you about some other things.

Did you ever personally prescribe Baycol for Mr. Hartman?

A. I remember okaying refills for it.

Q. Are you able to tell from your chart when you okayed refills for him?

A. Yes. Did you need any date detail?

Q. If you're able to give them from your chart, that would be helpful.

A. Okay. The first record on the chart of Baycol -- do you want dates?

Q. Right now I'm just asking the dates that you okayed refills for him.

A. Okay. The first date that I see was 7/12/99 and another on 10/18/99. Would you like me to continue?

Q. And was that you okaying the refills?

A. Yes.

Q. Now, you hadn't started seeing him again, my understanding, until January of 2000. How was it that you came to be the physician that okayed the refills?

A. If someone is on vacation, for example, then one of the partners will look at the chart and

continue it, yeah.
Q. Why would somebody look at the chart before okaying it?
A. To make sure the patient is being seen appropriately, make sure that nothing else has changed with their care. Just to make sure it's appropriate.
Q. And would you have done that, then, reviewed Mr. Hartman's chart before okaying the refill?
A. To a point that I thought appropriate, yes.
Q. And if you had seen anything that gave you concern about his further use of Baycol, you would not have approved the refill, I take it?
A. Correct.
Q. So at that point, there was no indication he was having any problems with Baycol as of 7/12/99?
A. That's correct.
Q. And still as of 10/18/99, there was no indication that he was having any problems with Baycol, correct?
A. That's correct.
Q. Okay. When did you next approve a refill of his Baycol?
A. 5/22/00.
Q. And again, you reviewed the chart before you

approved a refill of Baycol for him?
A. As appropriate, yes.
Q. And by this time, you were more involved with his care on a regular basis; is that correct?
A. More involved than in the past.
Q. And so you had a better knowledge at this point firsthand of how he had been doing on Baycol?
A. Yes.
Q. And so as of 5/22/2000, there was no indication in the chart or any of your interaction with him that it would be inappropriate to continue Baycol?
A. That's correct.
Q. Because there wasn't any information at that time that suggested he was having any problems with Baycol; is that correct?
A. That's correct.
Q. There weren't any reports of muscle aches, for example, that you attributed to Baycol by that time?
A. Correct.
Q. Are you able to tell from the chart how long he had been on Baycol by May 22 of 2000?
A. Yes. His first prescription ever recorded at our clinic was 11/6 of '98.
Q. Are you able to tell who actually prescribed it

for him?
A. Dr. Saccoman.
Q. Is he with your practice anymore?
A. No.
Q. Is he retired?
A. No.
Q. Has he moved to another practice, do you know?
A. Yes.
Q. Okay. Can you tell where he's at?
A. North St. Paul Medical Center. And that's part of the umbrella organization, also.
Q. HealthEast, is that it?
A. We are the East Metro Family Practice, merged with MNHealth, so our big organization now is Family Health Services of Minnesota.
Q. And his clinic over in North St. Paul is under that umbrella?
A. Like us, yes.
Q. Okay. What type of practice does Dr. Saccoman have?
A. Family practice.
Q. Do you know how long he's been practicing?
A. I'll just estimate 17 years, yeah.
Q. Are you able to tell from the chart, just continuing on, when you next approved a refill of

Baycol for Mr. Hartman?
A. I gave you already 5 of '00; is that right?
Q. That's correct.
A. 8/31/00. No. I'm sorry. That was a different drug. That's the last time that I have a documented refill.
Q. That you did it?
A. That I did.
Q. And did you see in the chart as you were leafing through it where any of your colleagues approved a refill?
A. Yes.
Q. After 5/22 of '00?
A. I believe the answer is yes to that.
Q. Okay. When did you see instances where your colleagues approved it after May 22nd of 2000?
A. 6/27/00.
Q. And who approved that?
A. Dr. Neff.
Q. Do you know, did Dr. Neff have the same practice in approving refills that you did, to review the chart to make sure that prescribing a refill was still appropriate before approving a refill?
A. Yes.
Q. And do you have any reason to believe that she

didn't do that on June 27 of 2000?
A. No reason to think that she wouldn't.
Q. Okay. When was the next refill that one of your colleagues approved?
A. 9/7/00.
Q. And who was that?
A. It was either TLL, but I can't read it. It's either TON, that's Dr. Nichols, or it could have been TLL, Dr. Lundsten.
Q. And do they also have the same practice, to your knowledge, of reviewing the chart and making sure that a refill is appropriate?
A. Yes.
Q. And do you have any reason to believe they would not have done that on September 7 of 2000?
A. No.
Q. What was the next one?
A. 8/20 of '01, a comment for Dr. Neff, "was on Baycol, needs new meds."
Q. So there is no indication in your medical records that there was any kind of refill authorized between September 7 of 2000 and August 20 of 2001?
A. Correct.
Q. Okay. Would we find that somewhere else if it was done?

A. I would think not.
Q. Are you able to tell how many months of refills were authorized?
A. In general, we would always try to indicate number of fills and number of refills, so let me take a look and see.
Q. I'm specifically talking about the one that was authorized on September 7 of 2000.
A. Okay. This would have been, I think, Dr. Nichols, but number 34, one year of refills.
Q. Okay. Now, being a physician in this practice and using this chart, when you looked at the fact that Dr. Nichols had authorized a year of refills, would it have been your conclusion from that that as of September 7 of 2000, he was not having any problems that anyone attributed to Baycol?
A. I think that's a fair assumption.
Q. And is it your recollection that if that was the case, you don't recall him reporting any problems by September 7 of 2000 that you would have attributed to Baycol?
A. Correct. You said September of 2000?
Q. Yes, I did.
A. Correct.
Q. Can you tell what dose he was on? It was my

understanding that he was on .3 milligrams the entire time. Is that your --
A. That is correct.
Q. And do you know, is that one of the lower doses of Baycol or one of the higher doses?
A. Middle range, to my knowledge. Again, I didn't use the drug much.
Q. Okay. When you approved the refills, did you review the package insert for Baycol?
A. At the time of the --
Q. At the time you approved the refill, would you go back and review the current package insert or label for Baycol?
A. Probably never, unless there was a question in my mind about the drug or something I didn't know.
Q. Do you know, have you ever seen a Baycol package insert?
A. Perhaps when the drug first came out and the reps came by, they might have given us the spiel and what not.
Q. Do you recall ever reading the Baycol package insert?
A. In complete detail?
Q. Yes.
A. I would suspect I did not.

he did have it?
A. The only one I saw was a note from Dr. Neff indicating, I think, he had rhabdo, but I shouldn't opine any further than that.
Q. What's your definition of rhabdomyolysis? What symptoms do you have to have to have it?
A. Probable muscle pain, soreness, probable weakness, probably dark urine, possibly blood in the urine, and in severe cases, decreased urine output, kidney failure.
Q. What about CPK levels, is that something that's --
A. Well, CPK level is a challenge for all of us. They used to talk in terms of 10 times the upper limits of normal, which very few of us ever see, but that's because we're not seeing rhabdo. We see far more myopathy, which means muscle soreness or weakness, where we may have a level that's one or two times normal.
Q. Did Mr. Hartman ever have CPKs that were even one or two times the upper limit of normal?
A. I don't recall that. My thinking is he had normal CPKs.
Q. Did you ever request that CPK testing be done while he was on the drug?
A. While he was on it? I don't recall my ever doing

that.
Q. Is it your practice that if a patient is on a statin and comes in complaining of myopathy, that you would get a CPK level taken?
A. Yes.
Q. And if there is no indication in the records that you ordered CPK levels for Mr. Hartman while he was on Baycol, would it be your conclusion that he had not been complaining of symptoms that you categorize as myopathy?
A. That's correct.
Q. Can you find in your chart anywhere where you requested a CPK test be done? I believe you requested one be done in November of 2001, but I'm talking about before that.
A. Okay. So before that. Because in November of 2001 he might have been on Lopid or something.
Q. And just for the record, Lopid is the same as gemfibrozil?
A. Correct.
Looking at the chart, I do not see me ever ordering a CPK before that time.
Q. And from that you conclude that until that time, you were not aware of any complaints from him that would lead you to believe that he was potentially

having any symptoms that could be attributable to a statin such as Baycol?
A. Correct.
Q. I think you said you didn't use Baycol much. Was there a reason for that?
A. Many times in certain drug classes, if you're the new kid on the block, you have to demonstrate some pretty clear superiority before we'll adapt that one. There was also probably whispering when it first came out that it's so much more potent than the other drugs, that there was some fear that maybe there could be problems, but I cannot tell you when those whisperings were in the whole time frame.
Q. Doesn't potency just mean that you need a smaller dose?
A. Correct. Although, from the standpoint of side effects, some of our thought leaders were worried that the potency might indicate a risk for drug side effects, too.
Q. Have you seen any medical literature that suggests that the increased potency of Baycol led to increased side effects?
A. I don't recall seeing anything to that effect.
Q. And just to go back to your reason for not using

humans?

A. It tends to, in simple terms, clog arteries, like you can clog pipes. And when you clog arteries, the walls become unstable, and they call this plaque, and if the plaque ruptures, it brings blood clots into an area quickly and can suddenly occlude or block arteries.

Q. And so the result of that is either a stroke in your brain, I take it, or a heart attack?

A. Yes.

Q. Anything else from these blood clots?

A. You can get chronic kidney disease from that. You can get -- the mechanism of some of the other things, like the eye problem, isn't always quite as clear, or the peripheral neuropathy with the legs.

Q. But peripheral neuropathy can be a result of too much LDL cholesterol?

A. Probably indirectly in the metabolic patient syndrome. They all kind of meld in together because neuropathy can also be from statins and from diabetes, so there are many causes.

Q. What is neuropathy?

A. Neuropathy is a symptom of discomfort, numbness, pain, burning in a nerve that has many causes;

vitamin B-12 deficiency, diabetic sugar changes on nerves, shingles, for example, or herpes zoster. There are many causes.

Could I add one more thing, too, because you were asking about what statins do?

Q. Of course.

A. Statins we like to look at nowadays as excellent blood vessel stabilizers. We all have some plaque in our arteries, but the people who are on statins tend to be protected considerably from those plaques rupturing or becoming unstable. So we tell people, your numbers are going to get better, but you can also have faith that your whole blood vessel tree is healthier too.

Q. And so that means less risk of stroke and heart attack and things like that?

A. Yes, even regardless of what their numbers do, the fact that they're on these drugs.

Q. Because you're saying it stabilizes the plaque?

A. It stabilizes plaque.

Q. Do all statins do that?

A. Yes, to some degree. It's a class effect. You know, you'll have some cardiologists say that some are better than others or more popular than others.

Q. Okay. And what about lowering triglycerides? I think you said some statins do that, or do they all do that?
A. They all do that, but that's not their major function.
Q. Okay.
A. Other drugs do it better.
Q. And that's the reason for gemfibrozil, or Lopid, is to lower triglycerides?
A. Yeah. Gemfibrozil will lower triglycerides better and raise HDLs better.
Q. And HDL is the good cholesterol?
A. Correct.
Q. Okay. So what statins are doing is, if I understand, preventing some potentially fatal conditions --
A. Correct.
Q. -- or problems, stroke and heart attack?
A. They're putting the patients in a lower risk category for those fatal conditions.
Q. Okay. And we were talking about neuropathy, peripheral neuropathy. What does that mean? That means it's in your hands and feet?
A. Hands and feet, more distally from the truck of your body.

Q. And distally means further away from your body?
A. Further away.
Q. Does it include forearms and calves and things like that, too, peripheral neuropathy?
A. Yes.
Q. Could it include thighs as well, the term peripheral neuropathy?
A. As it gets more advanced, it could.
Q. And you said that one of the causes of peripheral neuropathy is a B-12 deficiency?
A. Yes.
Q. Mr. Hartman, I thought I saw, was getting B-12 shots; is that right?
A. Yes.
Q. Did he have peripheral neuropathy?
A. That's one of the conditions in the differential diagnosis for his symptoms.
Q. Okay. And what symptoms are you referring to?
A. Complaints of numbness, sometimes discomfort in extremities.
Q. And by extremities in Mr. Hartman, you're talking about his leg?
A. Certainly.
Q. Did he have it anywhere else? In his arms or --
A. My recollection is most of his complaints involved

his legs. Most of his complaints involved weakness, but I think pain was included at times as well.

Q. So he was receiving B-12 shots in an attempt to treat the pain and weakness in his legs?

A. You know, I'm not sure if I can comment on that.

Q. Okay.

A. That would be a logical thing. If my patient has a B-12 deficiency and they have tingling and burning, yes, that's my intention; but I'm not sure that whatever doctor started that, that their intention was that they were treating weakness. I'm not sure about that.

Q. What would B-12 shots be used to treat besides --

A. B-12 deficiency?

Q. Yeah.

A. There is probably no other valid thing. Doctors used to use that for people who just weren't well nourished or they were achy and tired, but that was sort of an off-label type prescription years ago.

Q. And does B-12 deficiency lead to symptoms other than kind of muscle achiness, maybe tiredness or weakness?

A. Tingling, then potentially weakness, too, because,

of course, your muscles require innervation from nerves to function.
Q. Okay. So peripheral neuropathy was something that you and your colleagues considered in terms of the explanation for Mr. Hartman's complaints of leg pain and weakness?
A. Yes, especially in a diabetic, also. Not just B-12 deficiency, but diabetes can also account for that type of thing.
Q. And he had a long-standing history of diabetes, is my understanding.
A. Yes. Although, I cannot comment now on when he was diagnosed because he had some other issues he was seeing us for when we weren't dealing with his diabetes.
Q. Were you called in primarily to deal with his diabetes? Was that why you started seeing him?
A. No. I think that he identified with me perhaps through a hospitalization. People will sometimes just find someone that they meet mind to mind with.
Q. Okay. My understanding, and correct me if I'm wrong, from reading the records is that his diabetes was not well controlled.
A. Correct.

Q. And that was largely because he refused a lot of your suggestions in terms of lifestyle changes or treatment.
A. Correct.
Q. And some of the things that you had suggested that he should monitor is glucose at home, for example, and he refused to do that?
A. Yes.
Q. And that was because he had to stick his finger and he didn't want to do that?
A. That might be one of the causes. Cost could be a cause. His lifestyle, his trucking job. There are many reasons why people will not get into a regimented system.
Q. And if I understand correctly, it was also recommended that he take insulin and he refused that.
A. Yes.
Q. And do you know why he refused insulin?
A. Truck drivers, if they are on insulin, I think even back then, cannot be truck drivers. Other people do it for other reasons, like discomfort or just the number of pin pricks they have to do, too.
Q. Did he ever explain to you why he was refusing

insulin?
A. I would probably have to go back and look in the note.
Q. Okay. What are the results of uncontrolled diabetes? Or poorly controlled, I guess I should say.
A. Well, most diabetics will die from heart disease or cerebral vascular disease, like strokes. Those are the two main causes of morbidity/mortality with diabetics. They can become blind; they can have chronic kidney failure which requires dialysis; they can have peripheral neuropathy; they can have poor circulation in their extremities, especially in their feet, which ultimately can lead to the loss of extremities and amputations, too.
Q. Anything else, as if that isn't enough?
A. I mean, that might be pretty much what I summarize with my patients. I'll tell them, too, that diabetics tend to have somewhat impaired immune systems for reasons that aren't always totally clear, so their risk of infections are not doing well if infections go up.
Q. As a result of his poorly controlled diabetes, were you starting to see evidence of heart disease

with Mr. Hartman?
A. Yes.
Q. In fact, I guess he had triple bypass at some point.
A. Yes.
Q. Did you attribute that to the diabetes?
A. At least a comorbidity.
Q. What do you mean by comorbidity?
A. Heart disease has many causes, and hypertension might be the biggest one, smoking is a big one, diabetes is a big one. Those are probably the big three. High cholesterol levels is another contributing factor, as is genetics.
Q. Does diabetes lead to high cholesterol?
A. It's part of the metabolic syndrome of which diabetes and high cholesterol are in common.
Q. Is it a chicken and egg thing, you don't know which leads to which?
A. Correct.
Q. Okay. Did he have any evidence of cerebral vascular disease when you were treating him?
A. I almost recall in a note if he ever made a comment about some memory issues or something. I cannot say that I was aware that he ever had a stroke.

level pretty much normalized.

Q. I think he was treating for something called cellulitis as well in I believe January of 2000, about the time that you started seeing him. What is cellulitis?

A. Cellulitis, in simple terms, could be looked at as a red, hot infection of the skin and soft tissue.

Q. And he had this in the foot, I believe. Do you recall that?

A. Yes.

Q. Was it in both of his feet?

A. I could look in the notes. I don't recall that. Typically, it will be a unilateral or one-sided phenomenon.

Q. And is it something that causes pain, or is it just red and warm?

A. Pain, warmth, swelling, and sometimes ulceration, to the extreme of amputation.

Q. Is this something, this cellulitis, that's caused by having diabetes or is it independent?

A. Diabetics are more prone because of the impaired immune system, as well as the impaired circulation to the feet.

Q. Did you attribute his cellulitis in his foot or his feet to his diabetes?

A. As a contributing or part of the factor. Sometimes it can be a bug bite or a sliver.
Q. So it's the result of an infection?
A. Yes.
Q. What's the typical treatment, then, for cellulitis?
A. For an early one caught early, oral antibiotics will often work. For something more advanced, intravenous antibiotics in the hospital.
Q. He was not hospitalized for his, was he?
A. I don't recall him being hospitalized.
Q. Okay. Is it the kind of pain that would have interfered with his ability to walk? Is that what he would have been experiencing?
A. It could be, unless he had severe neuropathy. Some diabetics have no feeling in their feet, so they don't even know they have cellulitis.
Q. Did he have episodes of cellulitis after January of 2000, to your recollection?
A. I don't recall that.
Q. Okay. Now, I had also seen that Mr. Hartman had some problems with degenerative disc disease, I believe. Do you recall that?
A. Vaguely.
Q. I might be able to help you out a little bit here.

I'll show you a note. And we can mark it or you can -- in 3/24 of 1991 -- or excuse me -- 3/25 of 1991, he's talking about right flank pain, and I don't know if you can read that note. Can you read it?
A. Quite well.
Q. Okay. Could you read it for me, that note, 3/25 of '91?
A. "Right flank pain, Friday night, 3/22; right hip pain, Saturday, 3/23, legs feel very unsteady."
Q. Unsteady or unstable?
A. Unstable looks like it might be a better interpretation. "56 years old. Blood pressure 142 over 86." And let me just look over here. There is something here about seeing Dr. Antelac, IVP, hystos. Okay.
Q. Is that referencing --
A. Urologic workup.
Q. So they're thinking that the pain may be due to a kidney stone again?
A. I think what he's saying is that he is seeing Dr. Antelac, and that was his way of sort of reminding him that he's seeing a urologist for something. He didn't put stones down at the time, and he mentioned a profile was sent after blood

work. Then the little diagram there is indicating reflexes in the knees and in the ankles.
Q. And is it indicating that they're all normal or --
A. The one on his right knee is plus/minus. The one on the left knee was two pluses, which means a bit more brisk.
Q. Is plus/minus normal?
A. It can be. Or we generally like to see symmetry. We generally like to see both legs the same unless there has been a previous injury to a disc or something.
Q. And so there is a difference. The right you're saying is --
A. A little down from here to his left.
Q. Okay.
A. Then the right quadriceps, marked weakness, and then he mentions something. Ears, negative; throat, negative; chest, negative. Those little zeros are negative behind those things.
Q. Okay.
A. Heart, regular sinus rhythm. The circle around the little M is no murmur. Abdomen, negative; no liver, kidney or spleen. What he means is they're not enlarged or palpable.
Q. Okay.

A. Then the lumbar spine, L5-S1, this is on an office x-ray, was narrowed, and he commented scoliosis, which would be a lateral curvature of the spine. He didn't necessarily indicate where, but this was done of the lower back.

Q. And I may have the -- is this the x-ray report that he may be referring to (indicating)?

A. That would be -- this is the same date, so this would be the report, yes.

Q. And what does this report indicate? First of all, if you could just read it for us.

A. Sure. "There is lumbar scoliosis present, convectity to the left with secondary hypertrophic degenerative spurring." The scoliosis is the curvature of the spine. Instead of being very straight up, many of us will have curvature side to side. By itself, it isn't necessarily a cause of pain or disability unless it's extensive.

Q. Okay.

A. Secondary hypertrophic degenerative changes indicate someone who has likely been very active, and in the bones that keep your spine upright, there are bone spurs and thickening of the calcium, which you can actually see as hypertrophic or enlargement.

Q. Can that lead to pain?
A. Yes.
Q. Okay.
A. "The most significant degenerative changes are at the L5-S1 level" -- which is the bottom level of your spine. The disc is between the L5 and S1 -- "where there is joint space narrowing. "Eburnation" -- are like bone spurs -- "and marginal osteophyte formations." Marginal osteophytes would be lateral bone spurs again.
Q. Okay.
A. Okay. "There is also straightening of the lumbar spine noted on the lateral view." That's a nonspecific finding often associated with spasms, but it can also be a chronic problem from degenerative changes.
Q. Okay. Now, the degenerative changes that he's noting at L5-S1, can those lead to pain?
A. Yes.
Q. Where would you expect the pain to be in a patient that has degenerative changes at L5-S1?
A. Deep in the low back. It could be more on one side than the other.
Q. Could it be referred into the legs?
A. Yes.

Q. Any particular part of the leg or just the legs generally?
A. If it's a referred pain, it generally will be at or above the knee level.
Q. Okay. Are you able to tell whether somebody has referred pain from an L5-S1 degenerative change?
A. I mean, a report like this could support a diagnosis or supposition. If we hear that the pain goes below the knee where part of the foot is involved might give us an indication of which disc level might be hitting that sciatic nerve.
Q. But you wouldn't from an L5-S1 degenerative change, you would not expect it to be going below the knee?
A. If it's from a disc hitting a nerve, yes, you would. But referred pain from arthritis could give you leg symptoms but without sciatic nerve damage. Referred pain is like heart disease. You can get referred pain down your arm but your arm is perfect, but the nerve supply goes there so you'll feel pain there.
Q. And where does the nerve supply from L5-S1 go to?
A. L5-S1 would tend to go to your web space between the grate and second toe and the top of the foot, and then it will go up the back of the leg

eventually.
Q. Okay. So can you tell from this note that you were reading to us earlier dated 3/25/91, whether there was any conclusion as to whether his pain was due to these changes that were seen on the x-ray? I guess I should say the findings that were seen on the x-ray.
A. I mean, I know how my partner thought and how he processed things in the footnotes. Knowing how my partner recorded --
Q. Who made this note? I should ask that.
A. Dr. Ron Nelson.
Q. Is he still with your practice?
A. No. Retired.
Q. Okay.
A. But his emphasis here was strongly on the musculoskeletal component of the spine, the degenerative disc disease, and to me, this is where his focus was.
Q. And do you agree with the conclusion that the degenerative disc disease was likely causing the pain and the weakness that he had been complaining about?
A. I would say his right hip pain that he mentioned certainly -- when I say "hip pain," I usually am

not referring to a kidney stone type thing. Hip pain can be from degenerative arthritis to the hip, which they are not talking about, or from your lower back, because the referred pain or true sciatic nerve pain will go through your hip on down the legs.

Q. What about the instability in his legs, are you able to determine what was causing that from looking at these notes?

A. Not from his x-ray. CT scans or MRI scans may give you more information that would support the hypothosis.

Q. Does this note contain the results of a CT scan that was done, the 3/25/91 note?

A. Yes, it does.

Q. What does that say?

A. "CT scan, prominent degenerative disc." Then he mentions "to the left," and then "left foramen increased bony spurring." In other words, the nerve opening at that level where the nerve goes out to the side before it goes down your leg was narrowed by bone spurs.

Q. And that can cause nerve irritation which can lead to pain?

A. Yeah, and conceivably weakness.

Q. Okay.
A. Then he mentions the L4-5 right-sided disc fragment. That doesn't mean a lot, only because many of us have bulging discs that may or may not give symptoms. So you have to correlate these findings with a patient's symptoms with their right side, that type of thing.
Q. Okay.
A. "Lateral recess." He tended to write little shorthand notes. But when he mentions the lateral recess, when I see that, I'm often thinking about something, a fragment perhaps out in an opening where the nerve should be irritating it.
Q. So do the changes in his back explain the pain, in your opinion, having seen the results of the CT scan that are recorded here?
A. It would explain potentially his hip pain. And I don't see any other symptoms he was mentioning, but I wouldn't necessarily be satisfied with that explaining flank pain.
Q. What about legs feeling unstable?
A. Yes, it could do that.
Q. It could explain that?
A. Yes. He mentions marked weakness.
Q. In the right quadriceps. Can that be explained by

the changes in his back, too?
A. Yes, it could.
Q. Do you have any reason to believe that the complaints he had in terms of right quadricep weakness and leg instability would cause anything other than back problems?
A. Certainly at that time I wouldn't have.
Q. What about now? Based on what you know about his health now, does it lead you to think that there may have been something else going on?
A. Unilateral symptoms like that, we will usually look for a structural cause, like disc or bone spurs. And if you want me to generalize, I could say that if I'm looking at myopathy, I'm generally looking at more than just one muscle group. Myopathy will usually be proximal muscles, bilateral, upper body and lower body. So if I have a patient that says I'm just sore in my one calf, I won't think of a rhabdomyolysis or a myopathy from a statin.
Q. Because you would expect it to be on both sides?
A. More generalized, systemic.
Q. Okay. Now, of course, he wasn't on a statin in March of 1991, was he?
A. Correct.

pain, things like that, that were related to kidney stones. I'm looking for reports of muscle pain and weakness that you did not attribute to things like kidney stones or back problems.

A. It's sometimes difficult looking back. Did you want dates?

Q. Yeah, if you've go it.

A. January 25 of 2000, there was a complaint in the arch of his foot since four or five days before, "hard to keep his balance when walking. Toes were numb on his left foot."

Q. Wasn't that when he had the cellulitis that you treated him for?

A. And plantar fascitis.

Q. Okay.

A. And again, circumstances where one side will have pain and the other won't, I then, and probably now, wouldn't think much about.

Q. And so you wouldn't attribute that particular complaint in January 2000 to a statin-induced myopathy?

A. I wouldn't have then and I probably wouldn't now.

Q. Okay.

A. So basically, you'd like to know when the first comment was to any of us doctors?

Q. Yeah.
A. Okay. Fatigue was mentioned in that April 25, '00 visit.
Q. And that, again, is when he had the significant kidney stone, correct?
A. Yes.
Q. And fatigue is something that would be a common symptom to go along with a kidney stone, wouldn't it?
A. Not the kidney stone but the creatinine level being elevated.
Q. Okay. So again, the complaint of fatigue you would not attribute to Baycol?
A. It would be very nonspecific.
Q. Okay.
A. You asked would I attribute it to Baycol? By our knowledge now, potentially you could. Weakness without pain or soreness could be at least a myopathy but probably never a rhabdomyolysis.
Q. But he wasn't complaining of any muscle pain at that point --
A. Correct.
Q. -- other than the flank pain from the kidney stone?
A. Correct. So again, you would like me to point out

on the chart when the first muscular pain type comments came out, right?
Q. Yeah.
A. A flank pain was mentioned 3/5/01, bilateral flank pain and lower abdominal pain, which I believe was ultimately "possibly kidney stone related" from Dr. Neff.
Q. Given that it was flank pain and abdominal pain, would you have any reason to disagree with Dr. Neff?
A. No, not particularly.
Q. Any reason to think that that type of pain would be Baycol induced?
A. It wouldn't have rung that bell at that time, nor now.
3/27/01, a comment from Dr. Neff, "gets weak off and on, tired legs give out, weak."
Q. Did she indicate any potential cause for it?
A. No. She made a comment, "was using Glucophage twice a day, now only once a day and feels fine." I don't know if she was sort of implying that maybe changing the dose may have had an effect on that.
Q. Are you able to say that this is as a result of the Baycol?

A. No.
Q. Okay. And when I say "this," I was talking about the complaint of pain and weakness.
A. Looking at it from a different lens nowadays with what we now know?
Q. Yeah, even today.
A. Today I would being looking at med lists of what people are on to find out, and if I couldn't find another cause for it, I might discontinue a drug based on those symptoms.
Q. Are those symptoms that could also be consistent with a peripheral neuropathy?
A. Weak legs giving out, yes.
Q. Okay.
A. Then the next reference was 8/30/01.
Q. By this time, Baycol had been withdrawn from the market, correct?
A. Yes. The nurse wrote on here, "medication check, Baycol discontinued," and then there is a quote, "Baycol knocked my legs out, had to quit driving truck, started in 11 of '98."
Q. And that's a note of a telephone call from him; is that correct? Is that what you're looking at?
A. I don't think it's a telephone call. I think that's the nurse taking a history there.

Q. Oh, okay. So he came in telling you that he was now having problems due to Baycol?
A. This was to Dr. Neff.
Q. Telling Dr. Neff, reporting to Dr. Neff, that he was having problems due to Baycol?
A. Correct.
Q. And he said it knocked his legs out, correct?
A. Yes. "He says he is weak in his thighs. He feels that the Baycol was taking the muscles out of his thighs, and when he raises out of a chair, he needs to use his arms for strength."
Q. And is this a note where he also refers to seeing strands in his urine?
A. Yes.
Q. Is that something that would be consistent with rhabdomyolysis or statin-induced myopathy?
A. Myopathy, no. Rhabdomyolysis could give something in the urine that's not normal.
Q. But not strands. Chunks?
A. Casts, which are little chunks of clots or protein and other debris, theoretically could form into strands the longer they sit in your bladder, but I wouldn't rule that out.
Q. Okay.
A. It wouldn't have struck me real high, but -- and

from there on out, I believe there is more comments. 11/1 of '01, "I saw John, legs weak, thinks related to Baycol." And then I made a comment here, "Muscles are non-tender, quads are slightly weak with his gait and his transfers," and I mentioned, "he had decreased sensation of his feet, pulses were good."

Q. Did you form a differential diagnosis of his complaints at that time on 11/1 of '01?

A. On that date, "leg weakness, questioned diabetic neuropathy and myopathy, rule out lumbar disc," and we identified that he has diabetic peripheral neuropathy.

Q. You diagnosed him definitely with that?

A. My feeling was he had that.

Q. Okay.

A. And then I put a note here, too, on that visit, "no new meds, may need a fibrate-like gemfibrozil depending on his lipid pattern. At this point, no evidence for Baycol-associated rhabdomyolysis." In other words, the severe condition.

Q. Okay. And you got a CPK test at that time, correct?

A. Yes.

Q. And that CPK test came back normal?

A. I believe so, but I should probably look that up to say that for sure.
Q. Okay.
A. Normal.
Q. Okay. What was your plan on 11/1/01 to kind of assess what was the cause of his complaints, his muscle complaints and decreased sensation?
A. Well, at that point, we decided to look for some of the other issues that could do this. We ordered an EMG, an electromyelogram, of his legs; we asked for a neurologic consultation about these symptoms of leg weakness; and I also ordered an MRI scan to evaluate his low lumbar spine because of the leg weakness.
Q. And did you get the results of the MRI?
A. The answer would have to be yes, although, they are not right in this note or my next note. I made reference to the neurology consultation. I have a neurologic letter if you want me to refer to it.
Q. May I look at it first? Or I'll let you read it, and if I could look at it, that would be great.
A. (Complied.)
Q. Thank you. Okay.
A. And I have the MRI of the lumbar spine as well.

Q. Okay. May I see that?
A. (Complied.)
Q. If I could ask you about that. Do you mind taking a look at that so I can ask you a few quick questions?
A. Uh-huh.
Q. Have you had enough time to look at the MRI report?
A. Yes.
Q. Is that MRI report consistent with the one that we looked at from the results that we looked at from 1991 of that x-ray report and the MRI that were listed in Dr. Nelson's --
A. No. This is in more detail and pretty much goes beyond those findings and includes them.
Q. And does it show progression of those findings?
A. In the sense that there is moderate or, in some cases, marked disc space narrowing, disc protrusions, they talk about spinal canal stenosis, that has a potential for being a progression.
Q. And could that, then, still explain his complaints of leg weakness and pain?
A. Yes, it could.
Q. And when you received those, is that one of the

conclusions you drew, is that perhaps his complaints of leg weakness and pain are due to degenerative disc problems?
A. And probably more so with the spinal stenosis or foraminal stenosis.
Q. And that was something that had progressed since 1991?
A. I guess I would say possibly because I don't have that report with me, and they are hard to compare sometimes, the CT with the MRI.
Q. Okay. What other testing did you order on November 1 of 2001 in order to evaluate these complaints of weakness and muscle pain?
A. The CPK, and we did a urinalysis, but that was probably because of his kidney issues, and then I did a lipid profile only wanting to see where we were at in case I had to choose another drug for him.
Q. Okay. And then you referred him for an EMG of the legs. What's an EMG?
A. It's an electromyelogram. It's a test of nerve function to muscle.
Q. Okay. And is that something that tests for peripheral neuropathy or what?
A. You can test for peripheral neuropathy, for

myopathy, which is muscle dysfunction, yeah.
Q. Did you get the results of the EMG or was one done?
A. Yes.
Q. Okay. When was that done?
A. This was done on 11/15/01 by Dr. Nadeen Iqbal, I-Q-B-A-L.
Q. And he sent you a letter?
A. Yes, consultation letter.
Q. From Neurological Associates of St. Paul; is that correct?
A. Yes.
Q. And did he tell you what the results of the EMG study were?
A. Yes.
Q. What did he say about the results of those?
A. "These observations were confirmed with a nerve conduction and EMG study today that showed myopathic changes proximally and neuropathic changes were seen in additional muscle groups."
Q. Now, is that something that's consistent with having a peripheral neuropathy from diabetes?
A. Yes, it could be.
Q. Now, I believe in here that Dr. Iqbal says that it could be a statin-induced myopathy as well?

A. Yes.
Q. So he may have been on it by that point?
A. May have been on it.
Q. Okay. Now, one thing that Dr. Iqbal says is, "Baycol has a well known side effect of myopathy that usually improves after stopping the medicine." Do you agree that Baycol-induced myopathy usually improves after stopping the medicine?
A. Yes.
Q. And do you have any understanding that the time frame for improvement is any different for other statins, and I believe you said earlier it was a few weeks to a few months usually?
A. Yes.
Q. So if Mr. Hartman were still complaining of leg weakness and leg pain today, would you attribute that to his past use of Baycol?
A. Typically not.
Q. Okay. If he's still complaining of it today, would that cause you to think that his leg weakness and leg pain is due to something else?
MR. GILBERT: Objection to the form of the question.
MS. WRIGHT: You can answer.

BY MS. WRIGHT:

Q. Based on what you know of his medical condition and care, if a patient continues to complain of muscle -- let me start all over.

MR. GILBERT: Same objections. Where are you going with the line of questioning?

BY MS. WRIGHT:

Q. Have you seen any literature that suggests that statin-induced myopathy ever does persist past a few weeks to a few months in the absence of some secondary cause?

A. I have never seen that happen by itself.

Q. And you haven't seen any literature that reports that either?

A. No, I have not.

Q. So after receiving the letter from Dr. Iqbal, which is dated November 15, 2001, were you able to draw any further conclusions as to what the cause of his muscle pain and weakness were?

A. The diabetes alone is a contributing factor with peripheral neuropathy and potentially a myopathy, both of which were documented.

Q. So you're still considering diabetes as a cause of his complaints?

A. You have to.

Q. Okay.
A. The second would be his spine disease. Both of those could give those symptoms and certainly in combination.
Q. Were you considering that the gemfibrozil at that point was contributing to the problem?
A. No, because he would have just been on it a very brief period of time.
Q. Do you know with statin-induced myopathy, is that something that typically you have onset fairly close to the time that the statin is first initiated?
A. Typically, it will be in the first three months.
Q. And so in Mr. Hartman's case where he didn't report symptoms to you, even assuming the March 27, 2001 symptoms could be attributable to a statin, for about two and a half years after he started the statin; is that correct?
A. As far as the reports?
Q. Yes.
A. That is correct.
Q. And would that be a factor that was important to you in determining whether to attribute his complaints of leg weakness and pain to the statin itself?

A. It would bring out the other potential in the differential diagnosis making them more likely on your list.
Q. So you're saying that the diabetic neuropathy would be more likely given the fact that the onset of the pain and weakness was so long after he started the Baycol?
A. Yes. His would have been a less common scenario, yes.
Q. And it would have also made the lumbar disc disease and the narrowing of the spinal stenosis would have also been a more likely cause than Baycol-induced myopathy at that point?
A. To say more likely is hard to say, but equally likely, and the whole scenario was problematic because we had at least three potential causes, and you may doubt it because of the lateness of the onset of the symptoms.
Q. Was that your personal conclusion, is that because of the lateness it likely was not Baycol-induced myopathy?
A. Yes. I struggled with that thought.
Q. Okay. Is that still your belief today, is because of the unusual presentation in terms of the late onset, the fact that it didn't resolve promptly

upon discontinuing Baycol, that that made it
problematic in terms of concluding that it was a
Baycol-induced myopathy?
A. At that time it made it problematic for me, but at
this time, since we learned that, again, the
laboratory tests can be normal, the symptoms can
be merely weakness without the impressive pain or
the kidney damage, I've come to learn now that it
still would be Baycol as one of the culprits.
Q. But does the timing of the onset of the symptoms
and the fact that they didn't resolve within the
usual period after the Baycol was stopped, does
that cause you to question --
A. It raises doubt, yes. It's less typical.
Q. And do you still consider diabetic neuropathy as a
potential cause of his complaints?
A. Yes.
Q. And also the lumbar disc problems and the spinal
stenosis?
A. Yes.
Q. Okay. Are you able to say which of those factors
it could be, in any of them?
A. My thinking is all three. I mean, we have
documented that he has myopathy/neuropathy. I
think all three played a role.

Q. Okay. Are you able to say, to the extent he still complains of leg pain and weakness today, whether you believe that the Baycol is still playing a role?

A. I would say there is a possibility of that in, again, the not typical scenario, but I'm also looking at the other two causes that are undeniably there, so it's multi-factorial.

MS. WRIGHT: Can we take a brief break and maybe I can finish this a little more efficiently?

MR. GILBERT: Sure. I'm fine.

MR. EISENHART: Uh-huh.

(Recess taken.)

BY MS. WRIGHT:

Q. Dr. McCamy, do you expect to be offering expert opinions at the trail of Mr. Hartman's lawsuit?

A. Expert opinions? I guess I don't regard myself as an expert, so I would say no.

Q. You recognize that these people that you call opinion leaders have more expertise in statin-induced myopathy than you?

A. Yes.

Q. And would you defer to their opinions with respect to Mr. Hartman's condition and the cause of his

Q. You indicated, I think rather loosely before, that you weren't an expert. And when you say that, I take it you mean you're not an expert on Baycol? Or tell us what you mean by that.

A. I'm not a neurologist, I'm not a rheumatologist or an orthopedist, so that I don't try to come across as I can take a case and give you a definite answer like some people might be authorized to do. I can work a case up, I can give good opinions, but I look at myself as a good family doctor and probably not a neurologist, a pharmaceutical type specialist, or anything else.

MR. GILBERT: Fair enough. That's all I have.

MS. WRIGHT: I'd like to ask you about Exhibit 1.

EXAMINATION (CONT.)

BY MS. WRIGHT:

Q. In terms of the indication in paragraph 5 of Baycol-assisted myopathy, are you willing to put a time frame on when his Baycol-assisted myopathy was present?

A. Only what his continued statements to the various doctors was, that he related back to 1998 after

the time he started Baycol.
Q. So you would have to rely on what Mr. Hartman says in terms of when the symptoms started, correct?
A. Yes.
Q. Because certainly, your medical records don't show that there were any symptoms that you attribute to Baycol until after Baycol was withdrawn, correct?
A. Correct.
Q. And in terms of whether he has suffered injury from Baycol, you can't say to what degree his complaints of muscle pain and weakness are due to Baycol as opposed to diabetic neuropathy, spinal stenosis, degenerative disc disease, or some other cause; is that correct?
A. I couldn't apportion them out, correct.
Q. Okay. Have you ever testified as an expert on statin-induced myopathy?
A. No.
Q. Have you written any journal articles on statin-induced myopathy?
A. No.
Q. And, in particular, you haven't written any articles on Baycol-induced myopathy?
A. No.
Q. Have you ever lectured on statin-induced myopathy?

A. No.

Q. Have you had any special training focusing on statin-induced myopathy?

A. Special training, no.

Q. Have you had any courses that specifically focused on statin-induced myopathy?

A. No.

Q. Can you identify any journal articles that you've read that deal with statin-induced myopathy?

A. Some on my desk.

Q. You have some on your desk, did you say?

A. Yes.

Q. Do you know what they are?

A. No, I couldn't tell you.

Q. Okay. And they are on your desk because they are articles that you obtained recently; is that correct?

A. Yes. Within the last month from my hospital librarian, yes.

Q. Other than those articles that you obtained in the last month, can you identify any article that you previously read concerning statin-induced myopathy?

A. I would think that several years ago in some of the general medical journals there has probably

been something, but nothing about Baycol alone or anything like that.

MS. WRIGHT: Okay. I don't have anything further. Thank you.

MR. GILBERT: That's all I have.

(Discussion off the record.)

MS. WRIGHT: Doctor, I'm not your lawyer, but as a witness that gives a deposition, you have a right to review the transcript and to determine what you said today has been accurately transcribed. You can waive that right and we will all just assume that it's accurate, or you can read it and then sign it. I believe you usually get 30 days after you get the transcript.

THE WITNESS: To return it or something?

MS. WRIGHT: Yes, to the court reporter.

THE WITNESS: Would you normally suggest I do?

MS. WRIGHT: I'm not your lawyer so I can't advise you. I just have to tell you that you have this right, and if --

THE WITNESS: Why don't I go ahead and read it and sign it.

# Exhibit B

| | |
|---|---|
| 12/4/01 | ① Vit B12 1cc IM rt deltoid 1280 Am Regent<br>1000 mcg/ml AJ |
| 12/11/01 | ② Vit B12 1cc IM rt deltoid 1280 Am Regent<br>1000 mcg/ml AJ |
| 266.2 | |
| 12/18/01 | ③ Vit B12 1cc IM rt deltoid 1280 Am Regent<br>1000 mcg/ml AJ |
| 12/27/01 | ④ Vit B12 1000 mcg/ml (IM) (R) Deltoid<br>Am. Regent 1280 Exp. 5/03 [illegible] |
| 1-3-02 | ⑤ Vit B12, 1,000 mcg/ml, 1 ml, (R) deltoid IM KMP<br>American Regent # 1280, exp. 5/03 |
| 1/8/02 | ⑥ Vit B12 1000 mcg/ml 1cc IM rt deltoid<br>266.2 1280 Am Regent AJ |
| 1/15/02 | ⑦ Vit B12 1000 mcg/ml 1cc IM lt deltoid<br>1386 Am Regent C |
| 266.2 | |
| 1-21-02 | |

Confidential, Subject to Protective Order

MC000005jrh

John Hartman

4-25-00 c/o Rt flank pain x 5 days. feels like when he had Kidney stones. ↑ pain + bloating p̄ eating.
*hematuria couple days ago

UA see Blue sheet

[illegible]

Ø RBC

250.02 see 1997 [illegible]
592.1

CT [illegible] 4/26/00 St. Johns Hsp., CT Abd/Pelvis

ASAP [illegible]

Plan [illegible] #30

13.8

4-26-00 admit St. Johns hospital AEM
593.4 H&P done by AEM
592.0 1 social visit
592.1 D/C summary done by AEM
586 250.02
4-27-00 discharge
Diagnoses: left ureteral obstruction with a recurrent nephrolithiasis and ureterolithiasis renal failure DM

5/11/00 NaHCO3 600 mg 2 qid #200 [illegible]
776-8907

Confidential, Subject to Protective Order

MC000020jrh

John Hartman 2-15-38

1/25/00 ① c/o numbness ~~feet~~ pain arch of ® foot since last Friday. Toes numb ® foot hard to keep balance when walking. Tylenol arthritis c̄ some relief
BP-124/78 Rt lg cuff - Needs (Cr + K+ + G) today
P-100

② foot xray

[illegible]

682.7 728.71 250.02

[illegible]

1-31-00 Dietitian Diet instruction given to pt - pt not interested in learning carb / Calorie exchanges

2-23-00 OK RF Zestril 5mg #30 RF x 6 AMC/JES 771-8807

3-2000

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| RETURNED YOUR CALL | | WILL CALL AGAIN | |
| CAME TO SEE YOU | | RUSH | |
| WANTS TO SEE YOU | | SPECIAL ATTENTION | |
| WAITING TO SEE YOU | | HOLDING LINE | |

MESSAGE Actose 30mg qd
i.e. Do you have any Samples of Actose his insurance will not kick in for 1 Month it is $168.00 he can't buy them. 2 wks. of samples given JES

SIGNED K Blair

TOPS FORM 4007 MADE IN U.S.A.

MESSAGE

Confidential, Subject to Protective Order

MC000021jrh

John Hartman

1/13/00 Called him regarding lab - he needs to come in regarding diab - he said he would make appt [illegible]

1-13-00 Diabetic ck: Had lab work yest. and was told to schedule appt. See labs.
Doesn't ck BS at home

Wt - 209 1/2
UA Creat - 1/12/00 (1.7)
HgbA1C 1/12/00 (15.6)
PSA Glucose - 1/12/00 (488)
250.02
V76.44 BP - 106/78 (R) lg cuff
V76.41 P - 112
Pneumovax
366.9 ∅ smoked
365.9

[illegible]
cataracts [illegible]
[illegible]
[illegible]
[illegible]
prost [illegible] [illegible]
feet - [illegible]
- [illegible]
- [illegible]
- good skin condition

Own [illegible]
- [illegible] meds
[illegible] visits
[illegible]: flu shots annual
pneumovax
annual eye exam - [illegible]
glaucoma

Dx - D.m. - poor control
cataracts - discussed
periph neuropathy - discussed
diab. nephropathy
glaucoma

Pneumovax 0.5cc IM
466-440 6/01 Lederle

Plan - start [illegible] 2.5mg/d
Add actos 15mg qd x 14d
then 30mg qd
[illegible]
(diet review order) st. [illegible] D.K.C. - [illegible] home [illegible]
[illegible]
pneumovax, etc.
[illegible] 3-4 mos.
[illegible] ck, K in 2-3 wk

Confidential, Subject to Protective Order

MC000022jrh

John Hartmann bd [redacted]-35

6/22/93 Feels dizzy at times past 3-4 months.
Feels S.O.B. at times - can feel his
BP 120/74 (R) heart beating fast at times - can't get his breath
WT 234 (↓ 4½) working re: cholesterol & his heart
Meds: Glynase 3, Allopurinol, ASA
Meds stools ok, ø chest pain/pressure
Blood sugar dizziness in room at any time, not assoc c exercise but doesn't do much
112 / 159 / 4.5
Chest x-ray → ok
EKG → ok
EXAM: WM NAD - lung - clear
CV - RRR s (m)
(-) Tinels on (R) wrist - ø muscle wasting
neck ø bruits
numbness tip of (R) 5th finger - ok strength
elbow - ok
neck - soft + supple, ø nodes, ø bruits
ø C-spine tenderness
786.09
(3)
A: SOB / palpitations / dizziness
diabetes - ? too well controlled
P: ↓ Glynase to ½ tab q.d.
rec. Stress Test - pt will call back re: scheduling

3/29/94 Sick x 1 week. Head very congested! Blowing out tons of yellow sputum c blood. (L) eye red + swollen. Ears painful. Moving to
T 97 Chest congested - productive cough.
Meds: Glynase 3, Allopurinol 55, ASA q.d.
BP 132/78 (L)
truck driver - out west last wk
CBC see lab sheet his stepson ... Nyquil
glucose 98 URI sx + (L) eye infection
o/exam nonsmoker
CXR P/L (L) conjunctivitis + No keratitis
465.9 nasal erythema + Thin URI
372.30 oropharynx clear chest sl. ↓ LUL
250.00 XR(-)
(4) A/P URI Zithromax pak
conjunctivitis Bleph... (L) eye
call Thurs if not better
discussed nephrolithiasis - will stop allopurinol
cont - polycitra
RTC 6 wks ✓urine pH
✓serum uric acid, SGOT, ...

Confidential, Subject to Protective Order

MC000031jrh

6-28-91 OP UA Rx: Drug Emp

Sx: irritation

GLU NEG
BIL NEG
KET NEG
SG 1.020 m: 1+ RBC
BLD SM
PH 5.0
PRO NEG
URO 0.2
NIT NEG
LEU NEG

549.0

Bactrim DS bid -
Take alkalinizer med.
[illegible] - NK -

1 WK - UA

Bl Sugar (2 hrs) - 107

2-9-93 Had DOT px on 2-5-93 ✓ B.P. was 160/90 ē rec 150/90. UA showed
Ht. 238 ½ 2+ sugar. Has no pep. Has a brother ē ADDH.
B.P. 120/84 Ⓛ (lg cuff) Meds: Allopurinol ÷ god
20" p.c. Nestea ē sugar B.S. 337
mother ē diabetes

ADA 1500 [illegible] Attempted to teach 1500 Cal Diabetic diet - unwilling to listen or accept the diet - unwilling to watch video - took a copy of diet - but said he couldn't change his eating habits. Will stop adding sugar to coffee. Does not eat sweets - Eating habits as a truck driver very [illegible] irregular.

reviewed BS ē pt - lot of excuses
doesn't think he'll be able to watch diet -
- over the road driver -

250.0

A: Diabetes - poor acceptance
P: 1500 ADA diet
rec 2 months
Glynase PresTab 3mg (glyburide) 1 q. day × 2 months [illegible]

[illegible]

3/30/93 BS 134 1½ hr pc

rec cont. Glynase PresTab 3mg 1 q. day
rec FBS in 3 months

was drinking 25-30 cups of coffee a day ē sugar. Now using Sweet + low.

Confidential, Subject to Protective Order

Gary Hardman
RTN

3/24/91 Phone: Tylenol 3 # CI
Lx Bergstrom's
(Sec)

3/25/91 (R) flank pain since night 3/22. (R) hip pain
Sat 3/23 Leg feels very unstable.
Seeing Dr. Arnold(?)
56 yo
BP. 142/86 (L)
Meds: Motrin
Tylenol 3
Profile sent
Allergies: ō
Tobacco ō

Rt quadriceps. Marked
weakness
Femoral - the Oleuto(?)
Right (?) esp No
Abd - Nohks -

L. spine
L5S1 Narrow
L. Spine -
C.T. Scan Tue 3/26 9:00am

Cont(?) Othes(?) -

C.T. Scan -
Prominent Bulge Disc. X (L) -
(L) foramen. & Bony Spurs
L4-5 Rt Disc - Fragment 283 2
Lateral Recess.
L3-4 -

Confidential, Subject to Protective Order

3/27/91 P.C. Financial Pbs. -
On hold ō Rt Leg -
Offered - referral - Patient anxious he says [illegible]

4/8/91 P.C. Talked ō wife
Gene Drinking Now

4/29/91 P.C. Wants to think about the surgery

ust 21, 2001 LAB REPORT 01:22 PM

HealthEast Care System

HealthEast Medical Laboratory
69 West Exchange St
Saint Paul, MN
(651) 232-3500

Report Status Final

| ACCESSION # | ACCOUNT # | | |
|---|---|---|---|
| H146502357 | 1465 | | |
| PATIENT NAME | | | |
| HARTMAN,JOHN R | | | |
| PATIENT ID # | D.O.B | AGE | GENDER |
| [redacted]4403 | [redacted]/1935 | 66 Years | M |
| PATIENT PHONE # | CHART # | | |
| 651-776-4064 | 04001528 | | |
| REFERRING PHYSICIAN | | | |
| Neff,Jennifer | | | |
| CLIENT REF. # | DRAWN | | |
| 00014650011589 | 08/20/2001 10:57 AM | | |
| ORDER RECEIVED BY LAB | REPORTED | | |
| 08/20/2001 3:13 PM | 08/21/2001 1:27 PM | | |

EMFP Maryland
911 East Maryland Avenue
St Paul, MN 55106
(651) 776-9510 x8

**TESTS ORDERED: Hepatic Profile,Lipid Profile,Glyco Hgb A1c by HPLC**

| Result Name | Normal | Abnormal | Reference Range | Lab |
|---|---|---|---|---|
| Hepatic Profile | | | | |
| Albumin | 3.7 | | 3.5-5.0 g/dL | |
| Bilirubin,Total | 0.3 | | 0.0-1.0 mg/dL | |
| Direct Bilirubin | 0.1 | | 0.0-0.5 mg/dL | |
| Alk Phosphatase | 79. | | 45-120 IU/L | |
| AST (SGOT) | 16. | | 0-40 IU/L | |
| ALT (SGPT) | 19. | | 0-40 IU/L | |
| Protein,Total | 6.0 | | 6.0-8.0 g/dL | |
| Lipid Profile | | | | |
| Cholesterol | 169. | | 160-240 mg/dL | |
| **Triglycerides** | | **202. H** | **60-199 mg/dL** | |
| **HDL Cholesterol** | | **28. L** | **37-71 mg/dL** | |
| LDL Cholesterol,Calculated | 101 | | 90-175 mg/dL | |
| LDL/HDL Ratio | 3.56 | | 1.6-4.2 | |
| Chol/HDL Ratio | 5.99 | | 3.1-6.2 | |
| Glyco Hgb A1c by HPLC | | | | |
| **Glyco Hgb A1c by HPLC** | | **10.6 H** | **4.2-6.1 %** | |

pt informed
made appt
w Dr Wg
RN
JA 8/23/01

Confidential, Subject to Protective Order

END OF REPORT - 1 - 08/20/2001

Reviewed: Dr. Signature: Comments:

MC000045jrh

320-S 10/00

John Hartman [redacted] 135

3/20/03 (S) Constant pain c sharp stabbing pains x 2-3 min.
Swelling x 1 wk. Denies injury
682.6 Taking [illegible] relief [illegible]
250.00 BP - 146/92 (L) [illegible] c relief
P - 88 reg [illegible] med. malleolus

(O) Discuss lab results

[illegible]

[illegible]

[illegible] 4-5 x/hr.

[illegible]

[illegible] med malleolus swelling + erythema to 2" above malleolus
can't palpate pedal pulses [illegible]

schedule (R) leg art + venous doppler
Appt 3/21/03 St Paul Radiology [illegible]
Arterial + Venous Doppler c

Dx - Ankle / foot cellulitis - early + subtle
D.M.

Plan - rocephin 1g IM
[illegible]
[illegible]

Rocephin 1gm IM
LUDQ U6338 8/05 Roche JES

3/21/03 [illegible] Rt ankle - swollen.
[illegible] - about [illegible]
[illegible]

BP 120/68 1 gram Rocephin
T 97.7 [illegible] - U6338.
Roche Lab [illegible]

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

MC000134jrh

John Hartman

3

**HARTMAN, JOHN** **DOB: [redacted]35** **DOS: 3/21/03**

6826

**S:** 68 y/o male here for f/u of R ankle swelling. He was diagnosed with cellulitis yesterday, was treated with Rocephin and started on Augmentin. He is here for a recheck. He apparently had an ultrasound, lower extremity doppler at the hospital earlier this afternoon. He reports that it was negative, but the dictated report is not available. He has not had any fevers. He feels a little bit better today; he is still having some pain that is mostly a dull ache, occasionally sharp in the R lower extremity.

**O:** Blood pressure 122/68, temperature 97.2. Right lower extremity with tenderness, some swelling over the medial malleolus. There is no calf tenderness or swelling. There is mild warmth over the medial ankle. Distal foot is slightly swollen, not too bad, good distal pulses.

**A:** Cellulitis.

**P:** Rocephin 1 gram IM X 1. Continue Augmentin. F/u next week with Dr. McCamy.

**JPBarsanti, M.D./kah**

JPB 3/28/03

3/24/03 Recheck (R) ankle - feels worse. Meds: see list
BP-150/70 (R) Pain is now moving NKDA
lge cuff up the leg. Tob-∅

682.6

648-3496 erythema gone med malleolus no longer tender
St Paul Ank initially seen (hydrokinesis) [illegible] →
old twisting injury [illegible]
1 (+) lower leg edema
art doppler - nl only from (R) leg
venous doppler - nl

Dx - (R) lower leg cellulitis - improving but slowly per pt.

Plan - Δ to Keflex 500 mg tid #21 3 wk
elevate at least 1 hr tid
ice 3-4 d prn.

[signature]

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

MC000135jrh

3/31/03 OK refill - Glucophage XR 500 mg # 60 x 6 } AMC Mina —
Glucotrol XL 5 mg # 30 x 6 } 771-8807



EWH/31802 7/95

John Hartman

4/8/03 Vit B12 1000mcg/ml 1cc (IM) (R) Deltoid MMRN
266.2 Am Regent 2595 Exp. 10/04

5/1/03 Vit B12 1000mcg/ml 1cc (IM) (R) Deltoid
266.2 Am Regent 2516 exp 7/04 MMRN

6/3/03 Vit B12 1000mcg/ml 1cc IM Rt deltoid
266.2 Am Regent 2583 exp 11/04 CL

6/17/03 BP 130/70 R f/u (R) ankle. see previous notes. Pain still present. Now walking c foot turned outward. ↑ swelling

Appt. 6/23/03 9:30 St Croix Ortho. B. Vargas. Xray sent c pt. Med see list Allergy - see list

HARTMAN, JOHN DOB: [redacted]35 DOS: 6/17/03

S: 68 y/o gentleman with a Hx of Type II Diabetes mellitus and coronary artery disease, who presents with continued R foot pain. The pt has been seen for this and reports that the problem has been present now for several months, and seems to be getting worse. He reports an actual deformity in the foot at this point and significant pain, not only in walking but 24 hours/day. He reports increased swelling. No significant redness, no fevers, no chills. He is currently on Glucophage and Glucotrol for his diabetes which is under somewhat poor control with his last Hgb A1C of 9.3.

719.47

O: General: An overall well-appearing older gentleman, in NAD. Blood pressure 130/70. R foot exam: The pt does have an obvious deformity of the R foot; this appears to be a valgus deformity of the foot with a falling arch. He has a moderate amount of swelling in this foot, compared to the L. He has significantly decreased sensation in the R forefoot with inability to feel light sensation in the toes until I get to about the midfoot. L foot exam is grossly normal and he has normal sensation to light touch. He has good capillary refill. There is tenderness all along the midfoot and ankle.
Repeat X-ray of the foot does not show significant fracture or degenerative changes.

A: Possible Charcot foot.

P: The pt was referred to Dr. Vargas with St. Croix Orthopedics for further evaluation for a possible diabetic foot. If this is indeed a Charcot, he would need immobilization and aggressive treatment. He is due for a f/u regarding diabetes with Dr. McCamy and was reminded of that today.

JLBelik, M.D./kah

7/3/03 Vit B12 1000mcg/ml 1cc IM Rt deltoid
266.2 Am Regent 3088 exp 2/05 CL

7/31/03 Vit B12 1000mcg/ml 1cc (IM) (L) Deltoid
Am Regent 3088 exp 2/05 MMRN

MC000136jrh

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER

255 North Smith Avenue
Suite #100
St. Paul, MN 55102
(651) 292-0616
Fax (651) 298-1203

1600 St. John's Blvd
Suite #200
Maplewood, MN 55109
(651) 779-9449
Fax (651) 779-9450

St. Paul Heart Clinic, P.A.

APR 24

**Date of Service:** August 29, 2002

**Cardiology Follow-up**

**RE: Hartman, John R.**
**DOB: [redacted]/35**

**Referring/Primary Care Physician:** Allan McCamy, M.D.

**History of Present Illness:**
Mr. John Hartman is a 67-year-old male with a history of coronary artery disease, status post coronary artery bypass graft surgery x 3 with Dr. Arlen Holter at St. Joseph's Hospital on July 10, 2002. He also has a history of diabetes mellitus and hyperlipidemia. He returns to the clinic today for follow-up of his open heart procedure.

**Review of Systems:**
He denies shortness of breath at rest or with activity, chest pain, angina, use of nitroglycerin, although he does complain of incisional pain. He denies palpitations, lightheadedness, dizziness, syncopal episodes, nausea, vomiting, diarrhea, or constipation. He complains of left ankle edema. This is the leg that the saphenous vein graft was harvested from. Patient states that he was given atenolol upon hospital discharge and was vomiting from that for approximately three days. That has subsequently been switched over to Toprol XL, although he can't recall the dose. The patient does state that he feels somewhat sluggish since his medications were started and surgery. He does not check his blood glucose on a daily basis. He states that he has been retired for approximately two years due to the fact that he was taking Baycol and it has caused him not to be able to push the brake in his truck, so patient is extremely angry throughout the clinic visit. He feels that all medical providers have caused his problems. First of all with the Baycol and then the second thing, more recently, was with the atenolol. He states that he is only going to take medications while he has samples and is not interested in spending any money on his medications.

**Allergies:**
He has known allergies to atenolol and Baycol.

**Current Medications:**
Toprol XL (questionable dose), Altace (questionable dose), Glucophage (questionable dose), Glucotrol (questionable dose), glyburide (questionable dose), and aspirin either 325 or 81 mg p.o. everyday.

CONFIDENTIAL, SUBJECT TO PROTECTIVE ORDER



Stuart W. Adler II, M.D. - Charles F. Alexander III, M.D. - Alan Bank, M.D. - Kenneth W. Baran, M.D. - Margaret M. Beahrs, M.D.
Steven L. Benton, M.D. - Thomas A. Biggs, M.D. - Richard J. Brody, M.D. - Charles M. Cliffe, M.D. - Raymond D. Dickson, M.D. +
David N. Dunbar, M.D. - Michael D. Garr, M.D. - Gregory A. Granrud, M. D. - Richard B. Guthrie, M.D. - Dennis W. Halbe, M.D.
Priscilla A. Hedberg, M.D. - Thomas H. Johnson, M.D. - Patrick T. Koller, M.D. - Kamalesh M. Pillai, M.D. - Thomas E. Raya, M.D. - Franz Reisdorf, M.D.,
Peter K. Rusterholz, M.D. - Nazifa Sajady, M.D. - Saeed R. Shaikh, M.D. - Thomas J. Sharkey, M.D. - Victor H. Tschida, M.D.
R. Dent Underwood, M.D. - Pierce J. Vatterott, M.D.- Thomas A. Wiberg, M.D.

APR 20 2006