# CERTIFICATE OF COMPLIANCE

______I, Kevin E. Giebel, certify that this Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment complies with the length limitation and font size (13) requirements of Local Rule 7.1(c) and (e). I further certify that this Memorandum was drafted using Word Perfect 3X. According to the word count on this program, the text of this memorandum, including headings, footnotes and quotations contains 6,965 words.

s/ Kevin E. Giebel, Esq.