UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION MDL 1431

This Document Relates to:

Name of Plaintiff: [ John ("Jock") Hartmann

## CASE SPECIFIC EXPERT REPORT PURSUANT TO PTO 114

1. My name is: Allan E. McLamy M.D.

2. My curriculum vitae, including all my publications for the past ten years, is attached. My charges for this review and report are $__________.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years. If no such list is attached, I have not testified as an expert in the past four years. – none

4. I have reviewed the following medical records of the above patient. My opinion is based on my review of these records. [CHECK HERE IF APPLICABLE: X My opinion is based on my examination of the patient.] I understand that there may be other records for this patient beyond those which I have reviewed:

a. I have also been extensively involved in Mr. Hartmann's hospital care,

b. __________

5. It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include the following:

a. Baycol associated myopathy, primarily involving the proximal musculature of his legs.

b. There has been no evidence for rhabdomyolysis, since muscle

c. enzymes and renal function were normal. Baycol myopathy (inflammation) or myalgia (pain) need not demonstrate lab abnormalities for the diagnosis, and myopathy may only show biopsy abnormalities. Biopsy was not done, and wasn't in Mr. Horstman's case.

6. The grounds for my opinion are as follows:

yes a. There is a claim of injury as described above in the patient's medical records.

yes b. The claim of injury in the medical records is reasonably contemporaneous with the patient's ingestion of Baycol.

c. There is no other explanation for this injury apparent in the medical records I have reviewed.

yes d. The injury described is of new onset with the taking of Baycol.

yes e. The described injury did not grow worse after Baycol was removed.

f. ____________________

g. ____________________

7. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Date: 6/3/04

NAME: Allan E. McCrory MD
ADDRESS: Maryland Clinic
911 E. Maryland Avenue
St Paul, Minn. 55106

Addendum: Dr. Neff left our practice several years ago and now resides in California. Since I have cared for Mr. Horstman extensively since then, as well as periodically before then, I am also well aware of his issues and symptoms concerning Baycol. My opinions are based on our evolving understanding of Baycol (or other "statin" drugs) muscle related side effects, and Mr. Horstman's well documented