# Exhibit K

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

- - - - - - - - - - - - - - - - - - - - - - - - - - -

IN RE: BAYCOL PRODUCTS LITIGATION

MDL NO. 1431
(MJD)

THIS DOCUMENT RELATES TO: CASE NO. 0:02-CV-0358

JOHN HARTMAN, VS. BAYER A.G., ET AL

- - - - - - - - - - - - - - - - - - - - - - - - - - -

**DEPOSITION OF**

**LORETTA F. HARTMAN**

**MAY 25, 2006**

**1:00 P.M.**

REPORTED BY: JAMES M. TRAPSKIN
RPR, CM, CALIF. CSR 8407, ILL. CSR 084-004584

LORETTA F. HARTMAN,

having first been duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. WRIGHT:

Q. Could we have your full name, please.

A. Loretta Faye Hartman.

Q. Okay. I apologize for asking but how old are you?

A. Sixty-one.

Q. Okay.

A. Too old.

Q. Well, I wouldn't have guessed that.

Where were you born?

A. In Pelican Rapids, Minnesota.

Q. Where are you living now?

A. In Detroit Lakes, Minnesota.

Q. What's your address?

A. 1235 Lincoln.

Q. Do you plan to stay there for the next year or so?

A. Yes.

MS. TOFT: Elizabeth, I'm sorry to interrupt. We just lost Elliot Gardner.

(A recess was taken.)

BY MS. WRIGHT:

Q. I believe at least on the 1999 tax return that he indicated that he was filing single. And then prior years --
A. It could have been around there.
Q. Does 1999 sound about right to you?
A. '98 or '99.
Q. Okay.
A. I would say '99 maybe.
MR. GIEBEL: Make sure you wait until she's done with her question.
THE WITNESS: Okay.
BY MS. WRIGHT:
Q. It could have been in '98 because he still would have filed jointly if it was for at least part of the year?
MR. GIEBEL: I'll object to the form of the question.
THE WITNESS: I believe it -- '99.
BY MS. WRIGHT:
Q. That's your best recollection?
A. That's my best.
Q. Do you recall what month in '99?
A. May, June.
Q. Okay. Mr. Hartman testified at his prior deposition that he thought you moved out for about a month.

Does that sound right? Or what's your recollection? Did you move out at some point?

MR. GIEBEL: I'll object to the form of the question.

You can answer.

THE WITNESS: Yeah.

BY MS. WRIGHT:

Q. When did you move out?

A. I don't remember all these dates.

Q. Okay. Was it before the divorce was final?

A. Yeah.

Q. Did you move back in before the divorce was final?

A. Yeah.

Q. What was the reason for the divorce?

A. Oh, let me think.

MR. GIEBEL: Is this important?

THE WITNESS: Yeah, is it?

MR. GIEBEL: Wait, you go ahead and answer.

THE WITNESS: How important is that?

MR. GIEBEL: Just go ahead and answer to the best of your recollection.

THE WITNESS: Irreconcilabilities.

BY MS. WRIGHT:

Q. It didn't have to do with government benefits or eligibility for government benefits?

A. Somewhat.
Q. Okay.
A. Uh-huh.
Q. How did it relate to eligibility for government benefits?
A. I believe at that time, if I'm remembering correctly, I was, I was taking money out of my company at that time, because they were being taken over by another company, and I wanted to get some of my benefits out of there. So it probably had something to do with that.
Q. Okay. You owned a company?
A. No, I worked for a company --
Q. Okay.
A. -- for 33 years.
Q. Who did you work for?
A. MSI Insurance.
Q. Okay.
A. And they are now called Country Companies.
Q. What did you do for them?
A. I was a senior underwriter in the casualty line.
Q. And you were planning on retiring?
A. I did retire, early retirement.
Q. What year?
A. I'm not good on dates. I believe it was July of '99.

Q. And how did being divorced improve your eligibility or amount of benefit? I'm not quite clear on that.
MR. GIEBEL: I'm going to object to the form of the question; lack of foundation.
But you can go ahead and answer to the degree you know.
THE WITNESS: I believe it helped me as far as putting money in my husband's name to share it with him.
BY MS. WRIGHT:
Q. Oh, by being divorced?
A. Yes.
Q. Okay.
A. Yeah.
Q. Were you having any marital strife at that time or was it really more about maximizing benefit?
A. More about the benefits.
Q. Now, do you have plans to -- a specific date set for remarriage?
A. Any day.
Q. Oh, really?
A. When I get it done.
Q. Okay. Will it be a civil ceremony, is that what you're planning?
A. Sure.

# Exhibit L

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN R. HARTMAN, Plaintiff, | |
| vs. | No. 02-00358 MDL 1431 |
| BAYER A.G., et al. Defendants. | |

DEPOSITION OF JENNIFER NEFF, M.D.

CARLSBAD, CALIFORNIA

JULY 17, 2006

LINDA E. FENN
CSR NO. 11874

ORIGINAL

JENNIFER NEFF, M.D.

Having been administered an oath, testified as follows:

EXAMINATION

BY MS. WRIGHT:

Q. May we have your full name for the record.

A. Jennifer Anne Neff.

Q. Where are you currently living?

A. I'm living in Vista, California.

Q. Could you give us your home address?

A. Sure. 1430 Montgomery Drive, Vista, California 92084.

Q. Do you plan to be there for the next year or so?

A. Yes, I do.

Q. Okay. Have you been deposed before, Doctor?

A. Not officially.

Q. Okay. We talked for a couple minutes before we went on the record, and you told me that you had been deposed as a participant in training at William Mitchell Law School; is that correct?

A. That is correct.

Q. And when you say "not officially," is that what you're referring to?

A. Yes.

Q. So in terms of actually being sworn and giving

A. The more common conditions?
Q. Yeah.
A. I would treat more often hypertension, hypercholesterolemia, congestive heart failure, thyroid issues, very common. And acute illnesses like upper respiratory infections, pneumonias, bronchitis, ear infections. It's difficult to encapsulate all of the different things that a family practice doctor sees in a day or in a week.
Q. But these were kind of some of the most common things that you were seeing?
A. Yes.
Q. Okay. I take it your practice at East Metro Family Practice included prescribing drugs?
A. Yes.
Q. Okay. What did you do during that time that you were there to familiarize yourself with a particular drug before you prescribed it?
A. I would read about that drug in the Physicians Desk Reference, or PDR. I would talk to colleagues about their experience with the drug. Many of the drugs I was directly educated about during my residency or during my medical school and then my residency. Occasionally, there was useful information from drug representatives.

Q. Any other sources that you would consult before providing a drug?

A. Journals, the AAFP journal did a good job reviewing different medications.

Q. Okay. What about the package insert that came with either samples or the drug itself?

A. Yeah. Yes. I read those.

Q. And in terms of the PDR, did you -- would you review the annual update of the PDR each year to see if there had been any changes in the drugs that you were providing?

A. No. Normally, if there is a change in prescribing information, then letters are sent directly to the physician.

Q. Are you talking about "Dear Healthcare" letters?

A. Yes.

Q. From the pharmaceutical company?

A. Yes, from the pharmaceutical company. Also, there's a lot of conversation in between physicians of different specialties regarding the use or change in use of drugs.

Q. Okay. Did you -- when you were doing your residency, were statins one of the drugs that you learned about?

the patients -- it depended on the profile of the lipids for each patient. Lipitor I consider a stronger statin drug, and so for very high elevations of total cholesterol, LDL or -- total cholesterol and high LDL, I would use Lipitor. For more moderate elevations, I would choose between Zocor and Mevacor.

Q. Did the risk profile of either of these three drugs play into your decision in terms of which one you would prescribe for a particular patient?

A. I considered them all to have the same level of risk.

Q. Okay.

A. And so I would make sure that their preexisting medications did not interact with the medication I was choosing to use.

Q. And did you consider Baycol's risk profile to be any different than Mevacor, Lipitor, or Zocor's?

A. No.

Q. Okay. In terms of Lipitor, you understood that myopathy was a risk of taking Lipitor, correct?

A. Yes.

Q. And it was also -- myopathy was a risk of taking Zocor?

A. Yes.

Q. And the same is true for Mevacor?

A. Yes.

Q. And each of those three statins also carried a risk of rhabdomyolysis?

A. Yes.

Q. They also all had potential risk of causing liver damage?

A. Yes.

MR. GIEBEL: I'm just going to object to that. Objection on foundation, form of the question as well.

A. Did I answer that question, or do you need for me to say it again?

BY MS. WRIGHT:

Q. No, that's fine. I believe we got a complete answer, unless you had more that you wanted to answer.

A. No.

Q. Okay. In prescribing either Lipitor or Zocor or Mevacor, did you rely on the fact that the FDA had approved its use?

A. Yes.

Q. Did you look to the FDA as kind of the expert in terms of the efficacy and safety of the drug?

MR. GIEBEL: Objection, form of the question and foundation.

A. FDA approval for a drug was necessary for me to prescribe a drug for a specific purpose, and still

that the appropriate laboratory maintenance had been done in relation to the drug.

Q. And would you also review the record to see if they had -- the patient had a successful experience with -- let me rephrase that.

Would you also review the chart to determine whether the patient had exhibited any side effects that you would attribute to that drug?

A. During the chart review, if that came up, then I would basically look at the last couple physician visits. And if it seemed appropriate that the patient would receive a refill without another visit, then I would refill the medication.

Q. Okay. Was it your intent in doing the chart review to make sure that you could safely allow this patient to continue taking the drug?

A. Yes.

Q. Okay. And one of the factors in determining whether the patient could continue to take it safely was whether they had reported any side effects with that drug?

A. Yes.

Q. Okay. Now, you say you authorized a refill of Mr. Hartman's Baycol on June 27th, 2000, correct?

A. That is what it says in the chart.

A. Yes.

Q. And that was one reason why it was important to control Mr. Hartman's cholesterol was because of the risk of stroke or heart attack?

MR. GIEBEL: Object to the form of the question.

A. Yes.

BY MS. WRIGHT:

Q. And then that risk was compounded even further by the fact that he had diabetes?

MR. GIEBEL: Objection.

A. Yes.

BY MS. WRIGHT:

Q. Did you find in the course of treating Mr. Hartman that he was noncompliant with recommendations with respect to evaluation and treatment of his diabetes?

A. Yes.

MR. GIEBEL: Object to the form of the question.

BY MS. WRIGHT:

Q. Was he noncompliant in terms of altering his diet?

MR. GIEBEL: Object to the form of the question.

A. Mr. Hartman was noncompliant in his use of medications in that he frequently -- well, in that he would run out of the medication and not get more.

BY MS. WRIGHT:

Q. Do you recall him being noncompliant in terms of you would recommend insulin for him and he would refuse insulin?

A. On at least two occasions he refused the use of insulin or blood sugar testing to evaluate his diabetes.

Q. And that was two occasions with you treating him?

A. Yes.

Q. Are you aware of instances where your colleagues recommended insulin that was refused?

A. Yes. Dr. McCamy recommended insulin, and that was refused. I don't remember which date that note was.

Q. Okay. Why were you recommending insulin for Mr. Hartman?

A. Because his diabetes was so extremely out of control. The insulin is used in addition to by-mouth medication for blood sugar control.

Q. Is your next note from January 12th of 2000?

A. The next note that I have, that note was taken by my nurse.

BY MS. WRIGHT:

Q. Did that also explain the edema in his ankles and legs?

A. Yes.

Q. And in layperson's terms, what's edema?

A. Edema is fluid in the tissues, usually in the tissues of the feet, ankles, and legs.

Q. And can that make the feet, ankles, and legs look swollen?

A. Yes.

Q. Okay. Okay. And so did you have a plan then?

A. The plan at that time was to do laboratory work to check the patient's kidneys, to make sure that the -- his previous renal problem was not causing fluid overload.

Q. And there was no complaints of muscle weakness or muscle pain at this time, correct?

A. No.

Q. Could we -- I think we already talked about the June 27th refill. Could we go on to the next time that you treated, evaluated, or refilled for Mr. Hartman.

A. March 5th, 2001.

Q. And that's a typewritten note from your dictation?

# Exhibit M

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LITIGATION | : | MDL NO. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: | : | |
| JOHN HARTMAN V. BAYER A.G., ET AL. | : | CASE NO. 02-cv-00358-MJD |

DEPOSITION OF ALLAN E. McCAMY, M.D.

JULY 7, 2006

9:05 A.M.

COPY

REPORTED BY: HART ERICKSON
ERICKSON COURT REPORTING
2902 KEATING CIRCLE
BURNSVILLE, MINNESOTA 55337
PHONE: 952.890.0265 * FAX: 952.426.2265

ALLAN E. McCAMY, M.D.,

a witness in the above-entitled matter, after having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. WRIGHT:

Q. Could we have your full name for the record, please?

A. Allan Edward McCamy.

Q. And you are an M.D., correct?

A. Correct.

Q. Okay. Dr. McCamy, I'm Elizabeth Wright. We just met. I am an attorney from Dorsey & Whitney, and we represent Bayer in the Baycol litigation.

Do you understand that you're here to give a deposition today in connection with a lawsuit that one of your patients brought against Bayer in connection with Baycol?

A. Yes, I do.

Q. There are a number of other lawyers in this room, and do any of them represent you today?

A. No.

Q. Have you ever been deposed before?

A. Yes.

Q. How many times have you been deposed?

understanding that he was on .3 milligrams the entire time. Is that your --
A. That is correct.
Q. And do you know, is that one of the lower doses of Baycol or one of the higher doses?
A. Middle range, to my knowledge. Again, I didn't use the drug much.
Q. Okay. When you approved the refills, did you review the package insert for Baycol?
A. At the time of the --
Q. At the time you approved the refill, would you go back and review the current package insert or label for Baycol?
A. Probably never, unless there was a question in my mind about the drug or something I didn't know.
Q. Do you know, have you ever seen a Baycol package insert?
A. Perhaps when the drug first came out and the reps came by, they might have given us the spiel and what not.
Q. Do you recall ever reading the Baycol package insert?
A. In complete detail?
Q. Yes.
A. I would suspect I did not.

Q. Okay. Is that because you didn't prescribe the drug much?
A. And because, again, being a statin, sort of a class effect, we probably didn't find any reason to go into any more detail, and probably our speakers and consultants probably didn't raise any red flags to us.
Q. Well, let me try it another way, because you say speakers and consultants.
Before prescribing a drug, a new drug that you haven't used before, what do you do to familiarize yourself with that drug?
A. You understand the terminology of the drug rep. Oftentimes, our first experience, then, will be them introducing the drug from the viewpoint of their company and the FDA. And the old phrase that still holds true is that we often wait until our local specialists and the people that set the standard of care are using it, often in a hospital setting when we get a chance to see it and start to use it ourselves. Generally, people in primary care aren't the first people to prescribe something new.
Q. Okay. I understand it may not have happened with Baycol, but would you generally read the package

first choice. Pravachol is also used quite a lot.
Q. By you?
A. By me.
Q. Okay. Is it your understanding that all statins are basically the same in terms of their function?
A. Basically the same in terms of their function and potentially side effects.
Q. What do you mean by that, that they're potentially the same in terms of their side effects?
A. We all are checking liver functions and checking for weakness or muscle pain on everybody who is on a statin nowadays.
Q. Did you understand that they had different risks in terms of drug interaction?
A. Yes. We might not have understood it in 2000, but we've learned more now.
Q. Okay. How have you come to learn more about statins since 2000?
A. My best education would be the evening sessions with the pharmaceutical companies sponsoring a talk by a national thought leader.
Q. And how many of those have you attended since 2000?
A. On lipids, for example?
Q. Yeah.

so infrequently that it would be impossible to fully test for them before the FDA approves the drug?
A. Yes.
Q. What was the first statin you ever prescribed, do you remember?
A. Mevacor.
Q. And did you read the package insert before prescribing that?
A. Yes, since it was the first in the class.
Q. By that time had the risk of myopathy been discovered for statins?
A. I cannot say yes to that. I can't say it was pointed out to us.
Q. But at some point you're aware that cases of myopathy were reported with Mevacor?
A. Yes.
Q. And I think that you've also prescribed Zocor; is that correct?
A. Yes.
Q. And when you prescribed that, did you read the package insert before you prescribed it, or was it a situation where maybe you relied on the opinion leaders?
A. Both.

Q. And did you understand before you prescribed it, that myopathy was a risk with Zocor?
A. I would think I would, but I would have assumed it was a very low risk, again, because of the thought leaders.
Q. And when you say "very low," what do you mean?
A. When you're talking about one out of several hundred people may get a symptom versus something serious like rhabdomyolysis, for example.
Q. So what you're saying is if it's less than 1 in 100 that would get a symptom, you'd consider that to be a low risk of side effects?
A. Not necessarily. By our standards nowadays, we tell people that 1 or 2 percent may have some low-grade liver irritation, 1/2 to 2 percent, depending on the study, might have some myopathy, but many fewer have rhabdomyolysis. So we kind of get an idea of that and we're always kind of cautious, but then we listen to our thought leaders. And if they are saying these are really unusual, here is how you approach them and watch for them, we'll still use the drug.
Q. Mr. Hartman never had rhabdomyolysis, correct?
A. In my opinion, correct.
Q. Do you know anybody that's formed the opinion that

he did have it?
A. The only one I saw was a note from Dr. Neff indicating, I think, he had rhabdo, but I shouldn't opine any further than that.
Q. What's your definition of rhabdomyolysis? What symptoms do you have to have to have it?
A. Probable muscle pain, soreness, probable weakness, probably dark urine, possibly blood in the urine, and in severe cases, decreased urine output, kidney failure.
Q. What about CPK levels, is that something that's --
A. Well, CPK level is a challenge for all of us. They used to talk in terms of 10 times the upper limits of normal, which very few of us ever see, but that's because we're not seeing rhabdo. We see far more myopathy, which means muscle soreness or weakness, where we may have a level that's one or two times normal.
Q. Did Mr. Hartman ever have CPKs that were even one or two times the upper limit of normal?
A. I don't recall that. My thinking is he had normal CPKs.
Q. Did you ever request that CPK testing be done while he was on the drug?
A. While he was on it? I don't recall my ever doing

that.
Q. Is it your practice that if a patient is on a statin and comes in complaining of myopathy, that you would get a CPK level taken?
A. Yes.
Q. And if there is no indication in the records that you ordered CPK levels for Mr. Hartman while he was on Baycol, would it be your conclusion that he had not been complaining of symptoms that you categorize as myopathy?
A. That's correct.
Q. Can you find in your chart anywhere where you requested a CPK test be done? I believe you requested one be done in November of 2001, but I'm talking about before that.
A. Okay. So before that. Because in November of 2001 he might have been on Lopid or something.
Q. And just for the record, Lopid is the same as gemfibrozil?
A. Correct.
Looking at the chart, I do not see me ever ordering a CPK before that time.
Q. And from that you conclude that until that time, you were not aware of any complaints from him that would lead you to believe that he was potentially

having any symptoms that could be attributable to a statin such as Baycol?
A. Correct.
Q. I think you said you didn't use Baycol much. Was there a reason for that?
A. Many times in certain drug classes, if you're the new kid on the block, you have to demonstrate some pretty clear superiority before we'll adapt that one. There was also probably whispering when it first came out that it's so much more potent than the other drugs, that there was some fear that maybe there could be problems, but I cannot tell you when those whisperings were in the whole time frame.
Q. Doesn't potency just mean that you need a smaller dose?
A. Correct. Although, from the standpoint of side effects, some of our thought leaders were worried that the potency might indicate a risk for drug side effects, too.
Q. Have you seen any medical literature that suggests that the increased potency of Baycol led to increased side effects?
A. I don't recall seeing anything to that effect.
Q. And just to go back to your reason for not using

Baycol, if I understand, and I'm going to try and summarize what I understood you said and correct me if I'm wrong, basically, at the time that you were prescribing the statin and treating Mr. Hartman, Baycol was a fairly new statin, correct?
A. Correct.
Q. And that you had been using statins that you were comfortable with and so you didn't see any reason to take on one that was untested, and plus, there may have been at that time rumblings about the increased potency leading to increased side effects?
A. That's correct.
Q. Any other reason why you didn't use Baycol much?
A. HMO coverage is always a reason. If you're a new kid on the block, many times you wouldn't have coverage no matter how good the drug is sometimes.
Q. When you did prescribe Baycol then, why would you prescribe it?
A. For example, if a patient had tried several others and didn't get a good response, you might try the new person because you've heard they have good data as well; sometimes poor response to another drug; a side effect from another drug; an HMO that

Q. And distally means further away from your body?
A. Further away.
Q. Does it include forearms and calves and things like that, too, peripheral neuropathy?
A. Yes.
Q. Could it include thighs as well, the term peripheral neuropathy?
A. As it gets more advanced, it could.
Q. And you said that one of the causes of peripheral neuropathy is a B-12 deficiency?
A. Yes.
Q. Mr. Hartman, I thought I saw, was getting B-12 shots; is that right?
A. Yes.
Q. Did he have peripheral neuropathy?
A. That's one of the conditions in the differential diagnosis for his symptoms.
Q. Okay. And what symptoms are you referring to?
A. Complaints of numbness, sometimes discomfort in extremities.
Q. And by extremities in Mr. Hartman, you're talking about his leg?
A. Certainly.
Q. Did he have it anywhere else? In his arms or --
A. My recollection is most of his complaints involved

his legs. Most of his complaints involved weakness, but I think pain was included at times as well.

Q. So he was receiving B-12 shots in an attempt to treat the pain and weakness in his legs?

A. You know, I'm not sure if I can comment on that.

Q. Okay.

A. That would be a logical thing. If my patient has a B-12 deficiency and they have tingling and burning, yes, that's my intention; but I'm not sure that whatever doctor started that, that their intention was that they were treating weakness. I'm not sure about that.

Q. What would B-12 shots be used to treat besides --

A. B-12 deficiency?

Q. Yeah.

A. There is probably no other valid thing. Doctors used to use that for people who just weren't well nourished or they were achy and tired, but that was sort of an off-label type prescription years ago.

Q. And does B-12 deficiency lead to symptoms other than kind of muscle achiness, maybe tiredness or weakness?

A. Tingling, then potentially weakness, too, because,

of course, your muscles require innervation from nerves to function.

Q. Okay. So peripheral neuropathy was something that you and your colleagues considered in terms of the explanation for Mr. Hartman's complaints of leg pain and weakness?

A. Yes, especially in a diabetic, also. Not just B-12 deficiency, but diabetes can also account for that type of thing.

Q. And he had a long-standing history of diabetes, is my understanding.

A. Yes. Although, I cannot comment now on when he was diagnosed because he had some other issues he was seeing us for when we weren't dealing with his diabetes.

Q. Were you called in primarily to deal with his diabetes? Was that why you started seeing him?

A. No. I think that he identified with me perhaps through a hospitalization. People will sometimes just find someone that they meet mind to mind with.

Q. Okay. My understanding, and correct me if I'm wrong, from reading the records is that his diabetes was not well controlled.

A. Correct.

Q. And that was largely because he refused a lot of your suggestions in terms of lifestyle changes or treatment.
A. Correct.
Q. And some of the things that you had suggested that he should monitor is glucose at home, for example, and he refused to do that?
A. Yes.
Q. And that was because he had to stick his finger and he didn't want to do that?
A. That might be one of the causes. Cost could be a cause. His lifestyle, his trucking job. There are many reasons why people will not get into a regimented system.
Q. And if I understand correctly, it was also recommended that he take insulin and he refused that.
A. Yes.
Q. And do you know why he refused insulin?
A. Truck drivers, if they are on insulin, I think even back then, cannot be truck drivers. Other people do it for other reasons, like discomfort or just the number of pin pricks they have to do, too.
Q. Did he ever explain to you why he was refusing

insulin?
A. I would probably have to go back and look in the note.
Q. Okay. What are the results of uncontrolled diabetes? Or poorly controlled, I guess I should say.
A. Well, most diabetics will die from heart disease or cerebral vascular disease, like strokes. Those are the two main causes of morbidity/mortality with diabetics. They can become blind; they can have chronic kidney failure which requires dialysis; they can have peripheral neuropathy; they can have poor circulation in their extremities, especially in their feet, which ultimately can lead to the loss of extremities and amputations, too.
Q. Anything else, as if that isn't enough?
A. I mean, that might be pretty much what I summarize with my patients. I'll tell them, too, that diabetics tend to have somewhat impaired immune systems for reasons that aren't always totally clear, so their risk of infections are not doing well if infections go up.
Q. As a result of his poorly controlled diabetes, were you starting to see evidence of heart disease

pain, things like that, that were related to kidney stones. I'm looking for reports of muscle pain and weakness that you did not attribute to things like kidney stones or back problems.
A. It's sometimes difficult looking back. Did you want dates?
Q. Yeah, if you've go it.
A. January 25 of 2000, there was a complaint in the arch of his foot since four or five days before, "hard to keep his balance when walking. Toes were numb on his left foot."
Q. Wasn't that when he had the cellulitis that you treated him for?
A. And plantar fascitis.
Q. Okay.
A. And again, circumstances where one side will have pain and the other won't, I then, and probably now, wouldn't think much about.
Q. And so you wouldn't attribute that particular complaint in January 2000 to a statin-induced myopathy?
A. I wouldn't have then and I probably wouldn't now.
Q. Okay.
A. So basically, you'd like to know when the first comment was to any of us doctors?

Q. Yeah.
A. Okay. Fatigue was mentioned in that April 25, '00 visit.
Q. And that, again, is when he had the significant kidney stone, correct?
A. Yes.
Q. And fatigue is something that would be a common symptom to go along with a kidney stone, wouldn't it?
A. Not the kidney stone but the creatinine level being elevated.
Q. Okay. So again, the complaint of fatigue you would not attribute to Baycol?
A. It would be very nonspecific.
Q. Okay.
A. You asked would I attribute it to Baycol? By our knowledge now, potentially you could. Weakness without pain or soreness could be at least a myopathy but probably never a rhabdomyolysis.
Q. But he wasn't complaining of any muscle pain at that point --
A. Correct.
Q. -- other than the flank pain from the kidney stone?
A. Correct. So again, you would like me to point out

on the chart when the first muscular pain type comments came out, right?
Q. Yeah.
A. A flank pain was mentioned 3/5/01, bilateral flank pain and lower abdominal pain, which I believe was ultimately "possibly kidney stone related" from Dr. Neff.
Q. Given that it was flank pain and abdominal pain, would you have any reason to disagree with Dr. Neff?
A. No, not particularly.
Q. Any reason to think that that type of pain would be Baycol induced?
A. It wouldn't have rung that bell at that time, nor now.
3/27/01, a comment from Dr. Neff, "gets weak off and on, tired legs give out, weak."
Q. Did she indicate any potential cause for it?
A. No. She made a comment, "was using Glucophage twice a day, now only once a day and feels fine." I don't know if she was sort of implying that maybe changing the dose may have had an effect on that.
Q. Are you able to say that this is as a result of the Baycol?

A. No.
Q. Okay. And when I say "this," I was talking about the complaint of pain and weakness.
A. Looking at it from a different lens nowadays with what we now know?
Q. Yeah, even today.
A. Today I would being looking at med lists of what people are on to find out, and if I couldn't find another cause for it, I might discontinue a drug based on those symptoms.
Q. Are those symptoms that could also be consistent with a peripheral neuropathy?
A. Weak legs giving out, yes.
Q. Okay.
A. Then the next reference was 8/30/01.
Q. By this time, Baycol had been withdrawn from the market, correct?
A. Yes. The nurse wrote on here, "medication check, Baycol discontinued," and then there is a quote, "Baycol knocked my legs out, had to quit driving truck, started in 11 of '98."
Q. And that's a note of a telephone call from him; is that correct? Is that what you're looking at?
A. I don't think it's a telephone call. I think that's the nurse taking a history there.

from there on out, I believe there is more comments. 11/1 of '01, "I saw John, legs weak, thinks related to Baycol." And then I made a comment here, "Muscles are non-tender, quads are slightly weak with his gait and his transfers," and I mentioned, "he had decreased sensation of his feet, pulses were good."
Q. Did you form a differential diagnosis of his complaints at that time on 11/1 of '01?
A. On that date, "leg weakness, questioned diabetic neuropathy and myopathy, rule out lumbar disc," and we identified that he has diabetic peripheral neuropathy.
Q. You diagnosed him definitely with that?
A. My feeling was he had that.
Q. Okay.
A. And then I put a note here, too, on that visit, "no new meds, may need a fibrate-like gemfibrozil depending on his lipid pattern. At this point, no evidence for Baycol-associated rhabdomyolysis." In other words, the severe condition.
Q. Okay. And you got a CPK test at that time, correct?
A. Yes.
Q. And that CPK test came back normal?

A. I believe so, but I should probably look that up to say that for sure.
Q. Okay.
A. Normal.
Q. Okay. What was your plan on 11/1/01 to kind of assess what was the cause of his complaints, his muscle complaints and decreased sensation?
A. Well, at that point, we decided to look for some of the other issues that could do this. We ordered an EMG, an electromyelogram, of his legs; we asked for a neurologic consultation about these symptoms of leg weakness; and I also ordered an MRI scan to evaluate his low lumbar spine because of the leg weakness.
Q. And did you get the results of the MRI?
A. The answer would have to be yes, although, they are not right in this note or my next note. I made reference to the neurology consultation. I have a neurologic letter if you want me to refer to it.
Q. May I look at it first? Or I'll let you read it, and if I could look at it, that would be great.
A. (Complied.)
Q. Thank you. Okay.
A. And I have the MRI of the lumbar spine as well.

Q. Okay. May I see that?
A. (Complied.)
Q. If I could ask you about that. Do you mind taking a look at that so I can ask you a few quick questions?
A. Uh-huh.
Q. Have you had enough time to look at the MRI report?
A. Yes.
Q. Is that MRI report consistent with the one that we looked at from the results that we looked at from 1991 of that x-ray report and the MRI that were listed in Dr. Nelson's --
A. No. This is in more detail and pretty much goes beyond those findings and includes them.
Q. And does it show progression of those findings?
A. In the sense that there is moderate or, in some cases, marked disc space narrowing, disc protrusions, they talk about spinal canal stenosis, that has a potential for being a progression.
Q. And could that, then, still explain his complaints of leg weakness and pain?
A. Yes, it could.
Q. And when you received those, is that one of the

conclusions you drew, is that perhaps his complaints of leg weakness and pain are due to degenerative disc problems?
A. And probably more so with the spinal stenosis or foraminal stenosis.
Q. And that was something that had progressed since 1991?
A. I guess I would say possibly because I don't have that report with me, and they are hard to compare sometimes, the CT with the MRI.
Q. Okay. What other testing did you order on November 1 of 2001 in order to evaluate these complaints of weakness and muscle pain?
A. The CPK, and we did a urinalysis, but that was probably because of his kidney issues, and then I did a lipid profile only wanting to see where we were at in case I had to choose another drug for him.
Q. Okay. And then you referred him for an EMG of the legs. What's an EMG?
A. It's an electromyelogram. It's a test of nerve function to muscle.
Q. Okay. And is that something that tests for peripheral neuropathy or what?
A. You can test for peripheral neuropathy, for

A. Yes.
Q. So he may have been on it by that point?
A. May have been on it.
Q. Okay. Now, one thing that Dr. Iqbal says is, "Baycol has a well known side effect of myopathy that usually improves after stopping the medicine." Do you agree that Baycol-induced myopathy usually improves after stopping the medicine?
A. Yes.
Q. And do you have any understanding that the time frame for improvement is any different for other statins, and I believe you said earlier it was a few weeks to a few months usually?
A. Yes.
Q. So if Mr. Hartman were still complaining of leg weakness and leg pain today, would you attribute that to his past use of Baycol?
A. Typically not.
Q. Okay. If he's still complaining of it today, would that cause you to think that his leg weakness and leg pain is due to something else?
MR. GILBERT: Objection to the form of the question.
MS. WRIGHT: You can answer.

BY MS. WRIGHT:

Q. Based on what you know of his medical condition and care, if a patient continues to complain of muscle -- let me start all over.

MR. GILBERT: Same objections. Where are you going with the line of questioning?

BY MS. WRIGHT:

Q. Have you seen any literature that suggests that statin-induced myopathy ever does persist past a few weeks to a few months in the absence of some secondary cause?

A. I have never seen that happen by itself.

Q. And you haven't seen any literature that reports that either?

A. No, I have not.

Q. So after receiving the letter from Dr. Iqbal, which is dated November 15, 2001, were you able to draw any further conclusions as to what the cause of his muscle pain and weakness were?

A. The diabetes alone is a contributing factor with peripheral neuropathy and potentially a myopathy, both of which were documented.

Q. So you're still considering diabetes as a cause of his complaints?

A. You have to.

Q. Okay.
A. The second would be his spine disease. Both of those could give those symptoms and certainly in combination.
Q. Were you considering that the gemfibrozil at that point was contributing to the problem?
A. No, because he would have just been on it a very brief period of time.
Q. Do you know with statin-induced myopathy, is that something that typically you have onset fairly close to the time that the statin is first initiated?
A. Typically, it will be in the first three months.
Q. And so in Mr. Hartman's case where he didn't report symptoms to you, even assuming the March 27, 2001 symptoms could be attributable to a statin, for about two and a half years after he started the statin; is that correct?
A. As far as the reports?
Q. Yes.
A. That is correct.
Q. And would that be a factor that was important to you in determining whether to attribute his complaints of leg weakness and pain to the statin itself?

A. It would bring out the other potential in the differential diagnosis making them more likely on your list.
Q. So you're saying that the diabetic neuropathy would be more likely given the fact that the onset of the pain and weakness was so long after he started the Baycol?
A. Yes. His would have been a less common scenario, yes.
Q. And it would have also made the lumbar disc disease and the narrowing of the spinal stenosis would have also been a more likely cause than Baycol-induced myopathy at that point?
A. To say more likely is hard to say, but equally likely, and the whole scenario was problematic because we had at least three potential causes, and you may doubt it because of the lateness of the onset of the symptoms.
Q. Was that your personal conclusion, is that because of the lateness it likely was not Baycol-induced myopathy?
A. Yes. I struggled with that thought.
Q. Okay. Is that still your belief today, is because of the unusual presentation in terms of the late onset, the fact that it didn't resolve promptly

upon discontinuing Baycol, that that made it problematic in terms of concluding that it was a Baycol-induced myopathy?

A. At that time it made it problematic for me, but at this time, since we learned that, again, the laboratory tests can be normal, the symptoms can be merely weakness without the impressive pain or the kidney damage, I've come to learn now that it still would be Baycol as one of the culprits.

Q. But does the timing of the onset of the symptoms and the fact that they didn't resolve within the usual period after the Baycol was stopped, does that cause you to question --

A. It raises doubt, yes. It's less typical.

Q. And do you still consider diabetic neuropathy as a potential cause of his complaints?

A. Yes.

Q. And also the lumbar disc problems and the spinal stenosis?

A. Yes.

Q. Okay. Are you able to say which of those factors it could be, in any of them?

A. My thinking is all three. I mean, we have documented that he has myopathy/neuropathy. I think all three played a role.

Q. Okay. Are you able to say, to the extent he still complains of leg pain and weakness today, whether you believe that the Baycol is still playing a role?
A. I would say there is a possibility of that in, again, the not typical scenario, but I'm also looking at the other two causes that are undeniably there, so it's multi-factorial.
MS. WRIGHT: Can we take a brief break and maybe I can finish this a little more efficiently?
MR. GILBERT: Sure. I'm fine.
MR. EISENHART: Uh-huh.
(Recess taken.)
BY MS. WRIGHT:
Q. Dr. McCamy, do you expect to be offering expert opinions at the trail of Mr. Hartman's lawsuit?
A. Expert opinions? I guess I don't regard myself as an expert, so I would say no.
Q. You recognize that these people that you call opinion leaders have more expertise in statin-induced myopathy than you?
A. Yes.
Q. And would you defer to their opinions with respect to Mr. Hartman's condition and the cause of his

# Exhibit N

# BAYCOL®

## (cerivastatin sodium tablets)

PZ500114

11/98

### DESCRIPTION

Cerivastatin sodium is sodium [S-[R*,S*-(E)]]-7-[4-(4-fluorophenyl)-5-methoxymethyl)-2,6bis(1-methylethyl)-3-pyridinyl]-3,5-dihydroxy-6-heptenoate. The empirical formula for cerivastatin sodium is $C_{26}H_{33}FNO_5Na$ and its molecular weight is 481.5. It has the following chemical structure:



Cerivastatin sodium is a white to off-white hygroscopic amorphous powder that is soluble in water, methanol, and ethanol, and very slightly soluble in acetone.

Cerivastatin sodium is an entirely synthetic, enantiomerically pure inhibitor of 3-hydroxy-3-methylglutaryl-coenzyme A (HMG-CoA) reductase. HMG-CoA reductase catalyzes the conversion of HMG-CoA to mevalonate, which is an early and rate-limiting step in the biosynthesis of cholesterol.

BAYCOL® (cerivastatin sodium tablets) is supplied as tablets containing 0.2 or 0.3 mg of cerivastatin sodium, for oral administration. Active Ingredient: cerivastatin sodium. Inactive Ingredients: mannitol, magnesium stearate, sodium hydroxide, crospovidone, povidone, iron oxide yellow, methylhydroxypropylcellulose, polyethylene glycol, and titanium dioxide.

### CLINICAL PHARMACOLOGY

Cholesterol and triglycerides circulate as part of lipoprotein complexes throughout the bloodstream. These complexes can be separated via ultracentrifugation into high-density lipoprotein (HDL), intermediate-density lipoprotein (IDL), low-density lipoprotein (LDL) and very-low-density lipoprotein (VLDL) fractions. In the liver, cholesterol and triglycerides (TG) are synthesized, incorporated into VLDL, and released into the plasma for delivery to peripheral tissues.

A variety of clinical studies have demonstrated that elevated levels of total cholesterol (total-C), LDL-C, and apolipoprotein B (apo-B, a membrane complex for LDL-C) promote human atherosclerosis. Similarly, decreased levels of HDL-C (and its transport complex, apolipoprotein A) are associated with the development of atherosclerosis. Epidemiologic investigations have established that cardiovascular morbidity and mortality vary directly with the level of total-C and LDL-C and inversely with the level of HDL-C.

In patients with hypercholesterolemia, BAYCOL® (cerivastatin sodium tablets) has been shown to reduce plasma total cholesterol, LDL-C, and apolipoprotein B. In addition, it also reduces plasma triglycerides and increases plasma HDL-C. The agent has no consistent effect on plasma Lp(a). The effect of BAYCOL® on cardiovascular morbidity and mortality has not been determined.

**Mechanism of Action:** Cerivastatin is a competitive inhibitor of HMG-CoA reductase, which is responsible for the conversion of 3-hydroxy-3-methyl-glutaryl-coenzyme A (HMG-CoA) to mevalonate, a precursor of sterols, including cholesterol. The inhibition of cholesterol biosynthesis by cerivastatin reduces the level of cholesterol in hepatic cells, which stimulates the synthesis of LDL receptors, thereby increasing the uptake of cellular LDL particles. The end result of these biochemical processes is a reduction of the plasma cholesterol concentration.

**Pharmacokinetics: Absorption**

BAYCOL® (cerivastatin sodium tablets) is administered orally in the active form. The mean absolute bioavailability of cerivastatin following a 0.2-mg tablet oral dose is 60% (range 39 - 101% ). In general, the coefficient of variation (based on the inter-subject variability) for both systemic exposure (area under the curve, AUC) and $C_{max}$ is in the 20% to 40% range. The bioavailability of cerivastatin sodium tablets is equivalent to that of a solution of cerivastatin sodium. No unchanged cerivastatin is excreted in feces. Cerivastatin exhibits linear kinetics over the dose range of 0.05 to 0.3 mg daily. Mean maximum concentrations ($C_{max}$) following evening cerivastatin tablet doses of 0.05, 0.1, 0.2, and 0.3 mg are 0.6, 1.3, 2.4, and 3.8 µg/L, respectively. AUC values are also dose-proportional over this dose range and the mean time to maximum concentration ($t_{max}$) is approximately 2.5 hours for all dose strengths. Following oral administration, the terminal elimination half-life ($t_{1/2}$) for cerivastatin is 2 to 3 hours. Steady-state plasma concentrations show no evidence of cerivastatin accumulation following administration of up to 0.40 mg daily.

Results from an overnight pharmacokinetic evaluation following single-dose administration of cerivastatin with the evening meal or 4 hours after the evening meal showed that administration of cerivastatin with the evening meal did not significantly alter either AUC or $C_{max}$ compared to dosing the drug 4 hours after the evening meal. In patients given 0.2 mg cerivastatin sodium once daily for 4 weeks, either at mealtime or at bedtime, there were no differences in the lipid-lowering effects of cerivastatin. Both regimens of 0.2 mg once daily were slightly more efficacious than 0.1 mg twice daily.

**Distribution:** The volume of distribution ($VD_{ss}$) is calculated to be 0.3 L/kg. More than 99% of the circulating drug is bound to plasma proteins (80% to albumin). Binding is reversible and independent of drug concentration up to 100 mg/L.

**Metabolism:** Biotransformation pathways for cerivastatin in humans include the following: demethylation of the pyridinic methyl ether to form M1 and hydroxylation of the methyl group in the 6'-isopropyl moiety to form M23. The combination of both reactions leads to formation of metabolite M24. The major circulating blood components are cerivastatin and the pharmacologically active M1 and M23 metabolites. The relative potencies of metabolites M1 and M23 are approximately 50% and 80% of the parent compound, respectively. Following a 0.3-mg dose of cerivastatin to 6 healthy volunteers, mean $C_{max}$ values for cerivastatin, M1, and M23 were 3.0, 0.2, and 0.5 µg/L, respectively. Therefore, the cholesterol-lowering effect is due primarily to the parent compound, cerivastatin.

**Excretion:** Cerivastatin itself is not found in either urine or feces; M1 and M23 are the major metabolites excreted by these routes. Following an oral dose of 0.4 mg $^{14}$C-cerivastatin to healthy volunteers, excretion of radioactivity is about 24% in the urine and 70% in the feces. The parent compound, cerivastatin, accounts for less than 2% of the total radioactivity excreted. The plasma clearance for cerivastatin in humans after intravenous dosing is 12 to 13 liters per hour.

SPECIAL POPULATIONS

| | |
|---|---|
| Geriatric: | Plasma concentrations of cerivastatin are similar in healthy elderly male subjects (>65 years) and in young males (<40 years). |
| Gender: | Plasma concentrations of cerivastatin in females are slightly higher than in males (approximately 12% higher for $C_{max}$ and 16% higher for AUC) |
| Pediatric: | Cerivastatin pharmacokinetics have not been studied in pediatric patients. |
| Race: | Cerivastatin pharmacokinetics were compared across studies in Caucasian, Japanese and Black subjects. No significant differences in AUC, $C_{max}$, $t_{max}$ and $t_{1/2}$ were found. |
| Renal: | Steady-state plasma concentrations of cerivastatin are similar in healthy volunteers ($Cl_{cr}$>90 mL/min/1.73m²) and in patients with mild renal impairment ($Cl_{cr}$ 61-90 mL/min/1.73m²). In patients with moderate ($Cl_{cr}$ 31-60 mL/min/1.73m²) or severe ($Cl_{cr}$ ≤30 mL/min/1.73m²) renal impairment, AUC is up to 60% higher, $C_{max}$ up to 23% higher, and $t_{1/2}$ up to 47% longer compared to subjects with normal renal function. |
| Hemodialysis: | While studies have not been conducted in patients with end-stage renal disease, hemodialysis is not expected to significantly enhance clearance of cerivastatin since the drug is extensively bound to plasma proteins. |
| Hepatic: | Cerivastatin has not been studied in patients with active liver disease (see CONTRAINDICATIONS). Caution should be exercised when BAYCOL® (cerivastatin sodium tablets) is administered to patients with a history of liver disease or heavy alcohol ingestion (see WARNINGS). |

**Clinical Studies:** BAYCOL® (cerivastatin sodium tablets) has been studied in controlled trials in North America, Europe, Israel, and South Africa and has been shown to be effective in reducing plasma total cholesterol (Total-C) and LDL cholesterol (LDL-C) in heterozygous familial and non-familial forms of hypercholesterolemia and in mixed hyperlipidemia. Over 2,800 patients with Type IIa and IIb hypercholesterolemia were treated in trials of 4 to 104 weeks duration. In a 24-week, randomized, double-blind, placebo-controlled US trial in 934 patients with primary hypercholesterolemia, BAYCOL® (cerivastatin sodium tablets) 0.05 to 0.3 mg once daily produced dose-related reductions in plasma LDL-C and Total-C. Significant reductions in mean total-C and LDL-C were evident after one week, peaked at four weeks, and were maintained for the duration of the trial. Reductions in plasma triglycerides (TG) and increases in HDL-C were also observed. The results from this study in patients treated with the marketed doses of cerivastatin are summarized in Table 1.

**Table 1**

**Response in Patients with Primary Hypercholesterolemia**
**Mean Percent Change from Baseline after 24 Weeks**

| Dosage | n | Total-C | LDL-C | HDL-C | TG | Apo-B |
|---|---|---|---|---|---|---|
| Placebo | 137* | +1.7 | +1.8 | +3.1 | +1.1 | +3.2 |
| BAYCOL® | | | | | | |
| 0.2 mg qd** | 143† | −17.4 | −25.3 | +10.4 | −10.7 | −18.7 |
| 0.3 mg qd** | 135‡ | −19.4 | −28.2 | +10.3 | −12.7 | −20.5 |

* 137 patients were evaluated for all parameters except LDL-C which had 136 patients

† 143 patients were evaluated for Total-C, HDL-C and TG. For LDL-C and Apo-B there were 140 and 141 patients evaluated, respectively.

‡ 135 patients were evaluated for all parameters except LDL-C which had 134 patients.

** qd = once daily

In a separate dose-scheduling study, BAYCOL® (cerivastatin sodium tablets) was given as either a 0.2-mg dose once daily with dinner or at bedtime or as a 0.1-mg dose twice daily (morning and evening). Mean LDL-C reduction in response to BAYCOL® dosed once with dinner or at bedtime was about 4% greater than the mean reduction in response to twice daily (divided) dosing (p<0.05).

### INDICATIONS AND USAGE

Therapy with lipid-altering drugs should be a component of multiple risk factor intervention in those patients at significantly high risk for atherosclerotic vascular disease due to hypercholesterolemia. BAYCOL® (cerivastatin sodium tablets) is indicated as an adjunct to diet for the reduction of elevated total and LDL cholesterol levels in patients with primary hypercholesterolemia and mixed dyslipidemia (Fredrickson Types IIa and IIb) when the response to dietary restriction of saturated fat and cholesterol and other non-pharmacological measures alone has been inadequate.

Before considering therapy with lipid-altering agents, secondary causes of hypercholesterolemia, e.g., poorly controlled diabetes mellitus, hypothyroidism, nephrotic syndrome, dysproteinemias, obstructive liver disease, other drug therapy, alcoholism, should be excluded and a lipid profile performed to measure Total-C, HDL-C, and triglycerides (TG). For patients with TG less than 400 mg/dL, LDL-C can be estimated using the following equation:

$$LDL\text{-}C = [Total\text{-}C] \text{ minus } [HDL\text{-}C + TG/5]$$

For TG levels > 400 mg/dL, this equation is less accurate and LDL-C concentrations should be directly measured by preparative ultracentrifugation. In many hypertriglyceridemic patients, LDL-C may be low or normal despite elevated Total-C. In such cases, BAYCOL® (cerivastatin sodium tablets) is not indicated.

Lipid determinations should be performed at intervals of no less than four weeks.

The National Cholesterol Education Program (NCEP) Treatment Guidelines are summarized in Table 2.

**Table 2**

**National Cholesterol Education Program (NCEP) Treatment Guidelines**
**LDL-Cholesterol mg/dL (mmol/L)**

| Definite Atherosclerotic Disease* | Two or More Other Risk Factors** | Initiation Level*** | Goal |
|---|---|---|---|
| NO | NO | ≥ 190 (≥ 4.9) | < 160 (<4.1) |
| NO | YES | ≥ 160 (≥ 4.1) | < 130 (<3.4) |
| YES | YES or NO | ≥ 130 (≥ 3.4) | ≤ 100 (≤2.6) |

* Coronary heart disease or peripheral vascular disease (including symptomatic carotid artery disease).

** Other risk factors for coronary heart disease (CHD) include the following: age (males: ≥ 45 years; females: ≥ 55 years or premature menopause without estrogen replacement therapy); family history of premature CHD; current cigarette smoking; hypertension; confirmed HDL-C < 35 mg/dL (< 0.91 mmol/L); and diabetes mellitus. Subtract one risk factor if HDL-C is ≥ 60 mg/dL (≥ 1.6 mmol/L).

*** In CHD patients with LDL-C levels 100-129 mg/dL, the physician should exercise clinical judgement in deciding whether to initiate drug treatment.

At the time of hospitalization for an acute coronary event, consideration can be given to initiating drug therapy at discharge if the LDL-C level is ≥ 130 mg/dL (NCEP-ATP II).

Since the goal of treatment is to lower LDL-C, the NCEP recommends that LDL-C levels be used to initiate and assess treatment response. Only if LDL-C levels are not available, should the Total-C be used to monitor therapy.

Although BAYCOL® may be useful to reduce elevated LDL-cholesterol levels in patients with combined hypercholesterolemia and hypertriglyceridemia where hypercholesterolemia is the major abnormality (Type IIb hyperlipoproteinemia), it has not been studied in conditions where the major abnormality is elevation of chylomicrons, VLDL, or IDL (i.e., hyperlipoproteinemia types I, III, IV, or V).[1]

### CONTRAINDICATIONS

Active liver disease or unexplained persistent elevations of serum transaminases (see **WARNINGS**).

Pregnancy and lactation: Atherosclerosis is a chronic process, and the discontinuation of lipid-lowering drugs during pregnancy should have little impact on the outcome of long-term therapy of primary hypercholesterolemia. Moreover, cholesterol and other products of the cholesterol biosynthesis pathway are essential components for fetal development, including synthesis of steroids and cell membranes. Since HMG-CoA reductase inhibitors decrease cholesterol synthesis and possibly the synthesis of other biologically active substances derived from cholesterol, they may cause fetal harm when administered to pregnant women. Therefore, HMG-CoA reductase inhibitors are contraindicated during pregnancy and in nursing mothers. **Cerivastatin sodium should be administered to women of child-bearing age only when such patients are highly unlikely to conceive and have been informed of the potential hazards.** If the patient becomes pregnant while taking this drug, cerivastatin sodium should be discontinued and the patient should be apprised of the potential hazard to the fetus.

Hypersensitivity to any component of this medication.

### WARNINGS

***Liver Enzymes:*** HMG-CoA reductase inhibitors have been associated with biochemical abnormalities of liver function. Persistent increases of serum transaminase (ALT, AST) values to more than 3 times the upper limit of normal (occurring on two or more not necessarily sequential occasions) have been reported in less than 1.0% of patients treated with cerivastatin sodium in the US over an average period of 11 months. Most of these abnormalities occurred within the first 6 weeks of treatment, resolved after discontinuation of the drug, and were not associated with cholestasis. In most cases, these biochemical abnormalities were asymptomatic.

**It is recommended that liver function tests be performed before the initiation of treatment, at 6 and 12 weeks after initiation of therapy or elevation in dose, and periodically thereafter, e.g., semiannually.** Patients who develop increased transaminase levels should be monitored with a second liver function evaluation to confirm the finding and be followed thereafter with frequent liver function tests until the abnormality(ies) return to normal. Should an increase in AST or ALT of three times the upper limit of normal or greater persist, withdrawal of cerivastatin sodium therapy is recommended.

Active liver disease or unexplained transaminase elevations are contraindications to the use of BAYCOL® (cerivastatin sodium tablets) (see **CONTRAINDICATIONS**). Caution should be exercised when cerivastatin sodium is administered to patients with a history of liver disease or heavy alcohol ingestion (see **CLINICAL PHARMACOLOGY: Pharmacokinetics/Metabolism**). Such patients should be started at the low end of the recommended dosing range and closely monitored.

***Skeletal Muscle:* Rare cases of rhabdomyolysis (some with acute renal failure secondary to myoglobinuria) have been reported with cerivastatin and other drugs in this class.** Myopathy, defined as muscle aching or muscle weakness, associated with increases in plasma creatine kinase (CK) values to greater than 10 times the upper limit of normal, was rare (<0.2%) in U.S. cerivastatin clinical trials. Myopathy should be considered in any patient with diffuse myalgias, muscle tenderness or weakness, and/or marked elevation of CK. Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever. BAYCOL® (cerivastatin sodium tablets) therapy should be discontinued if markedly elevated CK levels occur or myopathy is diagnosed or suspected. **BAYCOL® (cerivastatin sodium tablets) should be temporarily withheld in any patient experiencing an acute or serious condition predisposing to the development of renal failure secondary to rhabdomyolysis, e.g., sepsis; hypotension; major surgery; trauma; severe metabolic, endocrine or electrolyte disorders; or uncontrolled epilepsy.**

The risk of myopathy during treatment with HMG-CoA reductase inhibitors is increased with concurrent administration of cyclosporine, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of niacin.

Uncomplicated myalgia has been observed infrequently in patients treated with cerivastatin sodium at rates that could not be distinguished from placebo.

The use of fibrates alone occasionally may be associated with myopathy. The combined use of HMG-CoA inhibitors and fibrates generally should be avoided.

### PRECAUTIONS

**General:** Before instituting therapy with BAYCOL® (cerivastatin sodium tablets), an attempt should be made to control hypercholesterolemia with appropriate diet, exercise, weight reduction in obese patients, and treatment of underlying medical problems (see INDICATIONS AND USAGE).

Cerivastatin sodium may elevate creatine kinase and transaminase levels (see ADVERSE REACTIONS). This should be considered in the differential diagnosis of chest pain in a patient on therapy with cerivastatin sodium.

**Homozygous Familial Hypercholesterolemia:** Cerivastatin sodium has not been evaluated in patients with rare homozygous familial hypercholesterolemia. HMG-CoA reductase inhibitors have been reported to be less effective in these patients because they lack functional LDL receptors.

**Information for Patients:** Patients should be advised to report promptly unexplained muscle pain, tenderness, or weakness, particularly if accompanied by malaise or fever.

**Drug Interactions: Immunosuppressive Drugs, Fibric Acid Derivatives, Niacin (Nicotinic Acid), Erythromycin, Azole Antifungals:** See WARNINGS: Skeletal Muscle.

**ANTACID** (Magnesium-Aluminum Hydroxide): Cerivastatin plasma concentrations were not affected by co-administration of antacid.

**CIMETIDINE:** Cerivastatin plasma concentrations were not affected by co-administration of cimetidine.

**CHOLESTYRAMINE:** The influence of the bile-acid-sequestering agent cholestyramine on the pharmacokinetics of cerivastatin sodium was evaluated in 12 healthy males in 2 separate randomized crossover studies. In the first study, concomitant administration of 0.2 mg cerivastatin sodium and 12 g cholestyramine resulted in decreases of more than 22% for AUC and 40% for $C_{max}$ when compared to dosing cerivastatin sodium alone. However, in the second study, administration of 12 g

cholestyramine 1 hour before the evening meal and 0.3 mg cerivastatin sodium approximately 4 hours after the same evening meal resulted in a decrease in the cerivastatin AUC of less than 8%, and a decrease in $C_{max}$ of about 30% when compared to dosing cerivastatin sodium alone. Therefore, it would be expected that a dosing schedule of cerivastatin sodium given at bedtime and cholestyramine given before the evening meal would not result in a significant decrease in the clinical effect of cerivastatin sodium.

**DIGOXIN:** Plasma digoxin levels and digoxin clearance at steady-state were not affected by co-administration of 0.2 mg cerivastatin sodium. Cerivastatin plasma concentrations were also not affected by co-administration of digoxin.

**WARFARIN:** Co-administration of warfarin and cerivastatin to healthy volunteers did not result in any changes in prothrombin time or clotting factor VII when compared to co-administration of warfarin and placebo. The AUC and $C_{max}$ of both the (R) and (S) isomers of warfarin were unaffected by concurrent dosing of 0.3 mg cerivastatin sodium. Co-administration of warfarin and cerivastatin did not alter the pharmacokinetics of cerivastatin sodium.

**ERYTHROMYCIN:** In hypercholesterolemic patients, steady-state cerivastatin AUC and $C_{max}$ increased approximately 50% and 24% respectively after 10 days with co-administration of erythromycin, a known inhibitor of cytochrome P450 3A4.

**Endocrine Function:** HMG-CoA reductase inhibitors interfere with cholesterol synthesis and lower cholesterol levels and, as such, might theoretically blunt adrenal or gonadal steroid hormone production.

Clinical studies have shown that cerivastatin sodium has no adverse effect on sperm production and does not reduce basal plasma cortisol concentration, impair adrenal reserve or have an adverse effect on thyroid metabolism as assessed by TSH. Results of clinical trials with drugs in this class have been inconsistent with regard to drug effect on basal and reserve steroid levels. The effects of HMG-CoA reductase inhibitors on male fertility have not been studied in adequate numbers of male patients. The effects, if any, on the pituitary-gonadal axis in pre-menopausal women are unknown.

Patients treated with cerivastatin sodium who develop clinical evidence of endocrine dysfunction should be evaluated appropriately. Caution should be exercised if an HMG-CoA reductase inhibitor or other agent used to lower cholesterol levels is administered to patients also receiving other drugs that may decrease the levels or activity of endogenous steroid hormones, e.g., ketoconazole, spironolactone, or cimetidine.

**CNS and other Toxicities:** Chronic administration of cerivastatin to rodent and non-rodent species demonstrated the principal toxicologic targets and effects observed with other HMG-CoA reductase inhibitors: Hemorrhage and edema in multiple organs and tissues including CNS (dogs); cataracts (dogs); degeneration of muscle fibers (dogs, rats, and mice); hyperkeratosis in the nonglandular stomach (rats and mice, this organ has no human equivalent); liver lesions (dogs, rats, and mice).

CNS lesions were characterized by multifocal bleeding with fibrinoid degeneration of vessel walls in the plexus chorioideus of the brain stem and in the ciliary body of the eye at 0.1 mg/kg/day in the dog. This dose resulted in plasma levels of cerivastatin ($C_{max}$), that were about 23 times higher than the mean values in humans taking 0.3 mg/day. No CNS lesions were observed after chronic treatment with cerivastatin for up to two years in the mouse ($C_{max}$ up to 7 times that of humans at 0.3 mg/day) and rat ($C_{max}$ up to 2 times that of humans).

**Carcinogenesis, Mutagenesis, Impairment of Fertility:** A 2-year study was conducted in rats at average daily doses of cerivastatin of 0.007, 0.034, or 0.158 mg/kg. The high dosage level corresponded to plasma drug levels (AUC) of approximately 1 - 2 times the mean human plasma drug concentrations after a 0.3-mg oral dose. Tumor incidences of treated rats were comparable to controls in all treatment groups. In a 2-year carcinogenicity study in mice with average daily doses of cerivastatin of 0.4, 1.8, 9.1, or 55 mg/kg hepatocellular adenomas were significantly increased in male and female mice at ≥9.1 mg/kg and hepatocellular carcinomas were significantly increased in male mice at ≥1.8 mg/kg. These doses were in the range of human exposure (dose of 0.3 mg/day).

No evidence of genotoxicity was observed *in vitro* with or without metabolic activation in the following assays: microbial mutagen tests using mutant strains of *S. typhimurium* or *E. coli*, Chinese Hamster Ovary Forward Mutation Assay, Unscheduled DNA Synthesis in rat primary hepatocytes, chromosome aberrations in Chinese Hamster Ovary cells, and spindle inhibition in human lymphocytes. In addition, there was no evidence of genotoxicity *in vivo* in a mouse Micronucleus Test; there was equivocal evidence of mutagenicity in a mouse Dominant Lethal Test.

In a combined male and female rat fertility study, cerivastatin had no adverse effects on fertility or reproductive performance at doses up to 0.1 mg/kg/day, a dose that produced plasma drug levels ($C_{max}$) about 1 - 2 times higher than mean plasma drug levels for humans receiving 0.3 mg cerivastatin/day. At a dose of 0.3 mg/kg/day (plasma $C_{max}$ 4 - 5 times the human level), the length of gestation was marginally prolonged, stillbirths were increased, and the survival rate up to day 4 postpartum was decreased. In the fetuses (F1), a marginal reduction in fetal weight and delay in bone development was observed. In the mating of the F1 generation, there was a reduced number of female rats that littered.

In the testicles of dogs treated chronically with cerivastatin at a dose of 0.008 mg/kg/day (approximately 2 fold the human exposure at doses of 0.3 mg based on $C_{max}$), atrophy, vacuolization of the germinal epithelium, spermatidic giant cells, and focal oligospermia were observed. In another 1-year study in dogs treated with 0.1 mg/kg/day (approximately 23 fold the human exposure at doses of 0.3 mg based on $C_{max}$), ejaculate volume was small and libido was decreased. Semen analysis revealed an increased number of morphologically altered spermatozoa indicating disturbances of epididymal sperm maturation that was reversible when drug administration was discontinued.

**Pregnancy: Pregnancy Category X: (See CONTRAINDICATIONS):** Cerivastatin caused a significant increase in incomplete ossification of the lumbar center of the vertebrae in rats at an oral dose of 0.72 mg/kg. Cerivastatin did not cause any anomalies or malformations in rabbits at oral doses up to 0.75 mg/kg. These doses resulted in plasma levels ($C_{max}$) 6-7 times the human exposure for rats and 3-4 times the human exposure for rabbits (human dose 0.3 mg). Cerivastatin crossed the placenta and was found in fetal liver, gastrointestinal tract, and kidneys when pregnant rats were given a single oral dose of 2 mg/kg.

Safety in pregnant women has not been established. Cerivastatin should be administered to women of child-bearing potential only when such patients are highly unlikely to conceive and have been informed of the potential hazards. Rare reports of congenital anomalies have been received following intrauterine exposure to other HMG-CoA reductase inhibitors. In a review of approximately 100 prospectively followed pregnancies in women exposed to simvastatin or lovastatin, the incidences of congenital anomalies, spontaneous abortions and fetal deaths/stillbirths did not exceed what would be expected in the general population. The number of cases is adequate only to exclude a three- to four-fold increase in congenital anomalies over the background incidence. In 89% of the prospectively followed pregnancies, drug treatment was initiated prior to pregnancy and was discontinued at some point in the first trimester when pregnancy was identified. As safety in pregnant women has not been established and there is no apparent benefit to therapy with BAYCOL® during pregnancy (see CONTRAINDICATIONS), treatment should be immediately discontinued as soon as pregnancy is recognized. If a women becomes pregnant while taking cerivastatin, the drug should be discontinued and the patient advised again as to potential hazards to the fetus.

**Nursing Mothers:** Based on preclinical data, cerivastatin is present in breast milk in a 1.3:1 ratio (milk:plasma). Because of the potential for serious adverse reactions in nursing infants, nursing women should not take cerivastatin (see CONTRAINDICATIONS).

**Pediatric Use:** Safety and effectiveness in pediatric patients have not been established.

**Geriatric Use:** In clinical pharmacology studies, there were no clinically relevant effects of age on the pharmacokinetics of cerivastatin sodium.

**Renal Insufficiency:** Patients with significant renal impairment ($Cl_{cr}$ ≤ 60 mL/min/1.73m²) have increased AUC (up to 60%) and $C_{max}$ (up to 23%) and should be administered BAYCOL® with caution.

**Hepatic Insufficiency:** Safety and effectiveness in hepatically impaired patients have not been established. Cerivastatin should be used with caution in patients who have a history of liver disease and/or consume substantial quantities of alcohol (see Contraindications and Warnings).

## ADVERSE REACTIONS

In the U.S. placebo-controlled clinical studies, discontinuations due to adverse events occurred in 3% of cerivastatin sodium treated patients and in 3% of patients treated with placebo. Adverse reactions have usually been mild and transient. Cerivastatin sodium has been evaluated for adverse events in more than 3,000 patients and is generally well-tolerated.

**Clinical Adverse Experiences:** Adverse experiences occurring with a frequency ≥2% for marketed doses of cerivastatin sodium, regardless of causality assessment, in U.S. placebo-controlled clinical studies, are shown in the Table 3 below:

**Table 3**
**Adverse Experiences Occurring in ≥2% of Patients in U.S. Placebo-Controlled Clinical Studies**

| Adverse Event | BAYCOL® (n = 552) | Placebo (n = 247) |
|---|---|---|
| **Body as a Whole** | | |
| Headache | 11.8% | 12.6% |
| Accidental Injury | 7.1% | 6.9% |
| Flu Syndrome | 6.3% | 8.1% |
| Back Pain | 4.0% | 6.1% |
| Abdominal Pain | 3.4% | 3.6% |
| Asthenia | 3.4% | 2.8% |
| Chest Pain | 2.9% | 2.8% |
| Leg Pain | 2.0% | 1.2% |
| **Cardiovascular** | | |
| Peripheral Edema | 2.0% | 1.2% |
| **Digestive** | | |
| Dyspepsia | 5.6% | 4.9% |
| Diarrhea | 4.0% | 3.6% |
| Flatulence | 3.4% | 3.6% |
| Nausea | 2.7% | 3.2% |
| Constipation | 1.8% | 2.0% |
| Surgery | 1.4% | 3.6% |
| **Musculoskeletal** | | |
| Arthralgia | 6.7% | 4.5% |
| Myalgia | 2.7% | 1.2% |
| **Nervous** | | |
| Dizziness | 2.5% | 3.6% |
| Insomnia | 2.2% | 1.2% |
| **Respiratory** | | |
| Rhinitis | 13.2% | 12.1% |
| Pharyngitis | 12.0% | 17.0% |
| Sinusitis | 6.9% | 5.7% |
| Cough Increased | 2.7% | 2.0% |
| **Skin and Appendages** | | |
| Rash | 3.4% | 5.7% |
| **Urogenital** | | |
| Urinary Tract Infection | 1.6% | 2.4% |

The following effects have been reported with drugs in this class.

*Skeletal:* myopathy, muscle cramps, rhabdomyolysis, arthralgias, myalgia.

*Neurological:* dysfunction of certain cranial nerves (including alteration of taste, impairment of extra-ocular movement, facial paresis), tremor, dizziness, memory loss, vertigo, paresthesia, peripheral neuropathy, peripheral nerve palsy, anxiety, insomnia, depression, psychic disturbances.

*Hypersensitivity Reactions:* An apparent hypersensitivity syndrome has been reported rarely that included one or more of the following features: anaphylaxis, angioedema, lupus erythematosus-like syndrome, polymyalgia rheumatica, dermatomyositis, vasculitis, purpura, thrombocytopenia, leukopenia, hemolytic anemia, positive ANA, ESR increase, eosinophilia, arthritis, arthralgia, urticaria, asthenia, photosensitivity, fever, chills, flushing, malaise, dyspnea, toxic epidermal necrolysis, erythema multiforme, including Stevens-Johnson syndrome.

*Gastrointestinal:* pancreatitis, hepatitis, including chronic active hepatitis, cholestatic jaundice, fatty change in liver, and, rarely, cirrhosis, fulminant hepatic necrosis, and hepatoma; anorexia, vomiting.

*Skin:* alopecia, pruritus. A variety of skin changes, e.g., nodules, discoloration, dryness of skin/mucous membranes, changes to hair/nails, have been reported.

*Reproductive:* gynecomastia, loss of libido, erectile dysfunction.

*Eye:* progression of cataracts (lens opacities), ophthalmoplegia.

*Laboratory Abnormalities:* elevated transaminases, alkaline phosphatase, γ-glutamyl transpeptidase, and bilirubin; thyroid function abnormalities.

**Post-Marketing Adverse Event Reports:** The following events have been reported since market introduction. While these events were temporally associated with the use of BAYCOL®, a casual relationship to the use of BAYCOL® cannot be readily determined due to the spontaneous nature of reporting of medical events, and the lack of controls: hepatitis, myositis, rhabdomyolysis, some with associated renal failure (most cases involved concomitant gemfibrozil), urticaria, angioedema, visual disturbance, blurred vision.

**Concomitant Therapy:** In studies where cerivastatin sodium has been administered concomitantly with cholestyramine, no adverse reactions unique to this combination or in addition to those previously reported for this class of drugs were reported. Myopathy and rhabdomyolysis (with or without acute renal failure) have been reported when HMG-CoA reductase inhibitors are used in combination with immunosuppressive drugs, fibric acid derivatives, erythromycin, azole antifungals or lipid-lowering doses of nicotinic acid. Concomitant therapy with HMG-CoA reductase inhibitors and these agents is generally not recommended (*See* WARNINGS: *Skeletal Muscle*).

## OVERDOSAGE

The maximum single oral dose of cerivastatin sodium received by healthy volunteers and patients is 0.4 mg.

No specific recommendations concerning the treatment of an overdosage can be made. Should an overdose occur, it should be treated symptomatically and supportive measures should be undertaken as required.

Dialysis of cerivastatin sodium is not expected to significantly enhance clearance since the drug is extensively (99%) bound to plasma proteins.

## DOSAGE AND ADMINISTRATION

The patient should be placed on a standard cholesterol-lowering diet before receiving cerivastatin sodium and should continue on this diet during treatment with cerivastatin sodium. (See NCEP Treatment Guidelines for details on dietary therapy.)

The recommended dose is 0.3 mg once daily in the evening. Cerivastatin sodium may be taken with or without food. The recommended starting dose in patients with significant renal impairment (creatinine clearance ≤60 mL/min/1.73m²) is 0.2 mg once daily in the evening.

Since the maximal effect of cerivastatin sodium is seen within 4 weeks, lipid determinations should be performed at this time.

**Concomitant Therapy:** The lipid-lowering effects on LDL-C and Total-C are additive when cerivastatin sodium is combined with a bile-acid-binding resin. When co-administering cerivastatin sodium and a bile-acid-exchange resin, e.g., cholestyramine, cerivastatin sodium should be given at least 2 hours after the resin (*See also* ADVERSE REACTIONS: *Concomitant Therapy*).

**Dosage in Patients with Renal Insufficiency:** No dose adjustment is necessary for patients with mild renal dysfunction ($Cl_{cr}$ 61-90 mL/min/1.73m²). For patients with moderate or severe renal dysfunction, a starting dose of 0.2 mg is recommended (see CLINICAL PHARMACOLOGY - Special Populations - Renal).

## HOW SUPPLIED

**BAYCOL® (cerivastatin sodium tablets)** is supplied as 0.2-mg and 0.3-mg tablets. The different tablet strengths can be identified as follows:

| Strength | Color | Markings Front | Markings Back |
|---|---|---|---|
| 0.2 mg | light yellow | 283 | 200 MCG |
| 0.3 mg | yellow brown | 284 | 300 MCG |

**BAYCOL® (cerivastatin sodium tablets)** is supplied as follows:

Bottles of 100: 0.2 mg (NDC 0026-2883-51)
0.3 mg (NDC 0026-2884-51)

The tablets should be protected from moisture and stored below 77°F (25°C). Dispense in tight containers.

**References:**

[1] **Classification of Hyperlipoproteinemias**

| Type | Lipoproteins Elevated | Lipid Elevations major | Lipid Elevations minor |
|---|---|---|---|
| I (rare) | chylomicrons | TG | ↑→C |
| IIa | LDL | C | – |
| IIb | LDL,VLDL | C | TG |
| III (rare) | IDL | C/TG | – |
| IV | VLDL | TG | ↑→C |
| V (rare) | chylomicrons, VLDL | TG | ↑→C |

C=cholesterol, TG=triglycerides, LDL=low-density lipoprotein, VLDL= very-low-density lipoprotein, IDL=intermediate-density lipoprotein.

Bayer Corporation
Pharmaceutical Division
400 Morgan Lane
West Haven, CT 06516 USA
Made in Germany

℞ Only

PZ500114 11/98 © 1998 Bayer Corporation 8807 Printed in USA

# Exhibit O

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| IN RE BAYCOL PRODUCTS LITIGATION | : | MDL NO. 1431 (MJD) |
| THIS DOCUMENT RELATES TO: | : | |
| JOHN HARTMAN V. BAYER A.G., ET AL. | : | CASE NO. 02-cv-00358-MJD |

DEPOSITION OF JOSEPH J. SACCOMAN, M.D.

JULY 25, 2006

4:05 P.M.

COPY

REPORTED BY: HART ERICKSON
ERICKSON COURT REPORTING
2902 KEATING CIRCLE
BURNSVILLE, MINNESOTA 55337
PHONE: 952.890.0265 * FAX: 952.426.2265

JOSEPH J. SACCOMAN, M.D.,

a witness in the above-entitled matter, after having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MS. WRIGHT:

Q. Can we have your full name for the record?
A. Joseph James Saccoman.
Q. Where are you currently living?
A. I live in Grant Township.
Q. Where is that?
A. Which is in Stillwater, Minnesota.
Q. Could we have the address?
A. It's 9104 East 68th Street, Stillwater, Minnesota.
Q. And do you plan on being there for the next year or so?
A. Yeah.
Q. Okay. Have you ever been deposed before, Dr. Saccoman?
A. One other time when I was a resident, so that would have been about 12 years ago, maybe a little bit longer than that.
Q. Were you a witness in that case?
A. I'm not sure what I was. It was a large case and I'm not sure exactly what my role was, but it was

A. Well, you're looking at the benefits to the patient in terms of risks in terms of the most effective drug, but also in terms of what you think the drug is going to do for the patient in terms of their ability to tolerate the drug. And I think that's what I think about a lot in my practice because patients generally do experience side effects and adverse effects from medications, and I think that also, we're concerned about the cost of medications with patients and trying to deal with those kinds of issues as a balance. And patients ask us about those things. They ask us questions about those kinds of issues.

Q. Okay. Well, Mr. McCamy ratted you out.

A. Okay.

Q. He told us that you prescribed Baycol for Mr. Hartman on 11/27/98. And there is a note. If you look at the bottom, it would have Bates number MC 000024. Are you on that page?

A. Yeah.

Q. Is that your handwriting?

A. Yeah. This is me (indicating).

Q. And that's the, what, 10/27/98 note?

A. 11/6/98.

Q. Oh, okay. That's the date it was prescribed?

A. Yes.
Q. Okay.
A. And yes (indicating).
Q. And that was the last time you saw him, too?
A. And that was the last time I saw him.
Q. Okay. And you prescribed Baycol .3 milligrams?
A. Yeah. It's written Baycol .3 milligrams.
Q. And that was for hyperlipidemia?
A. Yes.
Q. And you had a lab report indicating that his cholesterol was elevated?
A. According to the note, it was for hyperlipidemia.
Q. And I think there is a lab report from Capital Medical Laboratory, Inc. The Bates number on the page would be MC 000058JRH. Or excuse me. I got it wrong. It's Capital Medical Laboratory, but the Bates number is MC 000057.
A. Yes.
Q. There is handwriting on that page, at the bottom of that page. Is that your handwriting?
A. Yes.
Q. Can you read that for me?
A. "Patient notify will return to clinic."
Q. Do you know what the purpose of returning to the clinic would have been?

A. Well, to -- this would have meant to discuss these abnormal lab results.
Q. And can you describe what the lab test was and what the results were for me?
A. Well, the lab tests, which were drawn on October 27, 1998, during his previous visit --
Q. Okay.
A. -- were for a lipid profile and a diabetic A1C level, which were both elevated. So he was called by myself and asked to come back to the clinic to address those issues.
Q. And what was the result of his cholesterol test from 10/27/1998?
A. Well, he had an elevation in his lipid profile, particularly the triglycerides were 449, his cholesterol was 200, and his HDL was low at 32.
Q. And did the results of his test lead you to conclude that it was necessary to get his cholesterol under control?
A. In view of his diabetes, I would have looked at this in the context of what other issues he had and how important that was to treat that.
Q. And why was his diabetes relevant to you in determining whether it was necessary to get his cholesterol under control?

A. Because of risk factors.
Q. What kind of risk factors did Mr. Hartman have?
A. Well, just looking at the chart again, the things that we were trying to do is look at what is his risk of having a serious life-threatening event like a heart attack or a stroke or a vascular complication, and you're looking at this in terms of diabetes, high blood pressure and issues like this that are going on, and should we get more aggressive about treating things like his cholesterol.
Q. And was his age one of the risk factors in terms of having some sort of cardiac complication from elevated cholesterol?
A. I don't recall. What was his age at this time?
Q. He was approximately in his 60s.
A. Yes.
Q. And the fact that he was male was a risk factor for him?
A. Yes.
Q. And then the diabetes was also a risk factor?
A. The diabetes is a risk factor, yes.
Q. And were those some of the factors that led you to conclude that it would be necessary to prescribe some sort of statin?

A. Yes. I would have commonly used a statin to try to get a balanced and an effective response.
Q. Before prescribing Baycol for Mr. Hartman, I take it you had prescribed statins before?
A. Yes.
Q. What was the first statin you can recall prescribing?
A. Probably Mevacor.
Q. And is Mevacor something that you learned about when you were in medical school?
A. Yes.
Q. Did you learn about the risks of Mevacor?
A. Yes.
Q. And those included myopathy?
A. Yes.
Q. And do you define myopathy as including muscle aches and muscle weakness?
A. Yes.
Q. Okay. And rhabdomyolysis would be a more extreme form of a complication from Mevacor?
A. Yes, that would be a rare complication.
Q. And also elevated liver enzymes was something that was a risk of Mevacor?
A. Yes.
Q. And what's the significance of elevated liver

BY MS. WRIGHT:
Q. Showing you what's been marked as Exhibit 1, and you can maybe see from the heading that this is the 9/97 label for Baycol.
A. Okay.
Q. Is it your experience that the label usually is the same as what you would read in the PDR?
A. Yes.
Q. And do you know, did you have a chance to see this label before you prescribed Baycol for Mr. Hartman? And go ahead and take as much time to look at it as you'd like.
A. I don't remember if I saw this specifically. I can't say that it jogs my memory.
Q. Do you recall seeing something that looked like a package insert for Baycol before prescribing Baycol to Mr. Hartman?
A. I may have seen it, but I don't remember.
Q. Okay.
A. It's very possible that the pharmaceutical reps would certainly have dropped something like this off, too.
Q. And this particular package insert under Warnings describes the risk of both rhabdomyolysis and myopathy, correct?

A. Yes.
Q. You were aware that that was a risk of Baycol at the time you prescribed it to Mr. Hartman?
A. Yes --
Q. Okay.
A. -- as well as -- yes, I was aware of that.
MR. GILBERT: Objection, foundation, form of the question.
BY MS. WRIGHT:
Q. Did you discuss the risks of taking Baycol with Mr. Hartman?
A. I don't remember. I don't remember specifically what conversation I had with him, unfortunately.
Q. Okay. Did Mr. Hartman ever report to you any muscle aches or pains while he was on Baycol?
A. I don't remember.
Q. Okay. Did you see anything in the medical record that suggested that he reported aches and pains to you while he was on Baycol?
A. I don't remember anything of that nature. Unfortunately, it looks like I did not have any further visits with him after I prescribed it for him, which is unfortunate. The last visit that I had with him was the very visit that he was started on the medicine, so that would appear to