**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re BAYCOL PRODUCTS LITIGATION | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | |
| *John Hartman v. Bayer AG, et al.* | Case No. 02-0358 |

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE REGARDING DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

I, Susan A. Weber, certify that Defendants' Reply Memorandum in Support of Their Motion for Summary Judgment complies with Local Rule 7.1(c).

I further certify that Microsoft Office Word 2003 was used in preparation of this memorandum, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 3, 449 words. Defendants' opening briefing included 5,283 words, for a total of 8,732words.

Dated: February 22, 2008

Susan A. Weber
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

One of the Attorneys for Bayer Corporation and Bayer AG