# UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CHAMBERS OF
MICHAEL J. DAVIS
CHIEF JUDGE
300 SOUTH FOURTH STREET, SUITE 15E
MINNEAPOLIS, MINNESOTA 55415
(612) 664-5070

September 8, 2008

Mr. Kevin E. Giebel
Giebel, Gilbert, Williams & Kohl, P.L.L.P.
2277 West Highway 36, Suite 220
Roseville West Building
Roseville, MN 55113

RE: In re Baycol Products Litigation
MDL No. 1431
John "Jack" Hartman v. Bayer AG, et. al.
Case No. 02-0358

Dear Mr. Giebel,

The Court is in receipt of Plaintiff's Memorandum in Opposition to Defendants Bayer and GSK's Motion for Summary Judgment. Within this memorandum, you cite to the Deposition of Loretta Hartman, however, Ms. Hartman's deposition has not been provided to this Court. The Court requests that you file this deposition immediately.

Sincerely,

MICHAEL J. DAVIS
Chief Judge
U.S. District Court

SCANNED
SEP 08 2008
U.S. DISTRICT COURT MPLS

cc: Susan A. Weber
Fred T. Magaziner