**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *John "Jack" Hartman v. Bayer AG, et al.* | : | Case No. 02-0358 |

**PLAINTIFF'S CERTIFICATE OF SERVICE**

I hereby Certify that on September 9, 2008, I caused the following documents:

A. Deposition Transcript of Loretta F. Hartman dated May 25, 2006

to be electronically filed with the Clerk of Court through the District Court Electronic Case Filing System ("ECF"), and that ECF will send an e-notice of the electronic filing to the following:

Kevin E. Giebel, Esq.: kgiebel@ggwklaw.com;

Defendants: jmizgala@Sidley.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage prepaid, to the following non-ECF participants: N/A

Dated: This 9th day of September, 2008.

Respectfully submitted,
**s/Kevin E. Giebel**

Kevin E. Giebel, Reg. No.: 164112
Roseville West Building
2277 West Highway 36, Suite 220
Minneapolis, MN 55113
V: 651.633.9000
F: 651.639.1551
Email: kgiebel@ggwklaw.com
*Attorneys for Plaintiff*